Lauri S. Thompson
Nevada Bar No. 6846
Laraine Burrell
Nevada Bar No. 8771
Shauna L. Norton
Nevada Bar No. 11320
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
thompsonl@gtlaw.com;
burrelll@gtlaw.com
nortons@gtlaw.com
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HAKKASAN LV, LLC,<br>a Nevada limited liability company,<br>HAKKASAN LIMITED,<br>a foreign private limited company,<br><br>Plaintiffs,<br><br>v.<br><br>EZ LEASE PROPERTY<br>MANAGEMENT, LLC, also known as<br>EZ LEASE PROPERTYS,<br>a Nevada limited liability company,<br><br>Defendant. | Case No.: 2:14-cv-00798-APG-GWF<br><br>**PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S MOTION TO SET ASIDE DEFAULT AND DEFAULT JUDGMENT, REQUEST FOR EVIDENTIARY HEARING REGARDING SERVICE, AND MOTION FOR STAY OF EXECUTION OF JUDGMENT** |

Plaintiffs Hakkasan Limited and Hakkasan LV, LLC ("Plaintiffs") by and through their counsel of record, the law firm of Greenberg Traurig, LLP, hereby submit this Motion to Strike Defendant EZ Lease Property Management, LLC, also known as EZ Lease Propertys' ("Defendant") Motion to Set Aside Default and Default Judgment, Request for Evidentiary Hearing Regarding Service, and Motion for Stay of Execution of Judgment filed on December 18, 2014, in the above-captioned case.

This Motion is made and based on the following memorandum of points and authorities, the Declaration of Lauri S. Thompson, Esq., the pleadings and papers on file with the Court, and any

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

LV 420370506v1

oral argument of counsel the Court may entertain at a hearing on the Motion.

## MEMORANDUM OF POINTS AND AUTHORITIES

## I.  PROCEDURAL HISTORY

This case involves Defendant's violations of the Anti-Cybersquatting Consumer Protection Act, trademark infringement, unfair competition, deceptive trade practices, and intentional interference with prospective economic advantage.  After several unsuccessful pre-litigation attempts to discuss this matter with Defendant, and during which Plaintiffs' counsel urged Defendant to retain counsel, Plaintiffs were forced to file their Complaint on May 20, 2014.[1] Defendant failed to file an answer or otherwise defend this case, despite having full knowledge of the lawsuit,[2] and Plaintiffs obtained a default judgment against Defendant on or about July 23, 2014.  See Dkt. # 22.

On December 11, 2014, Plaintiffs obtained an Order from the Court setting the judgment debtor examination of Defendant's person most knowledgeable.  See Dkt. # 26.  Plaintiffs emailed Defendant a courtesy copy of the Order and received an immediate response from Dale/Keith Crawford,[3] the owner of Defendant.[4]  Plaintiffs' counsel briefly corresponded with Mr. Crawford, and again advised Mr. Crawford to retain counsel.[5]  Mr. Crawford implied that he was indeed

---

[1]  See Declaration of Lauri S. Thompson, Esq. ("Thompson Decl."), attached hereto as **Exhibit 1**; see also Demand letter to Defendant dated April 30, 2014, attached to the Thompson Decl. as **Exhibit 1-A** and Email response from Defendant dated May 10, 2014 acknowledging ownership of the domain names and offering to sell them to Plaintiffs for $2,000,000, attached to the Thompson Decl. as **Exhibit 1-B**; see also Email from Lauri Thompson to Keith Crawford dated May 14, 2014, attached to the Thompson Decl. as **Exhibit 1-C**.

[2]  See Email from Cynthia Ney to Defendant dated May 27, 2014, attached hereto as **Exhibit 1-D**; see also Emails received from Keith Crawford in response to receiving copies of Complaint and Motion for Temporary Restraining Order and Preliminary Injunction dated May 27, 2014 and May 28, 2014, attached to Thompson Decl. as **Exhibits 1-E** and **1-F**, respectively.

[3]  The Nevada Secretary of State website identifies Keith Crawford as the "Registered Agent" of the Defendant, and Dale Crawford as the "Manager," however, Plaintiffs have reason to believe that Keith and Dale Crawford are the same person.  Nonetheless, when Plaintiffs' counsel spoke to Mr. Crawford on the telephone in May 2014, prior to filing the lawsuit, Plaintiffs' counsel was informed she was speaking with Keith Crawford.  See Thompson Decl. at ¶ 5.

[4]  See Email from Cynthia Ney to Defendant regarding Order setting the Judgment Debtor Examination of the Person Most Knowledgeable of Defendant, attached to the Thompson Decl. as **Exhibit 1-G**; see also Email from Mr. Crawford in response to service of Order Setting Judgment Debtor Examination of Person Most Knowledgeable of Defendant, dated December 11, 2014, attached to the Thompson Decl. as **Exhibit 1-H**.

[5]  See Email from Shauna Norton, Esq. to Mr. Crawford, dated December 15, 2014, attached to the Thompson Decl. as **Exhibit 1-I**.

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

LV 420370506v1

1   retaining legal counsel and would have him or her contact Plaintiffs' counsel.[6]  Plaintiffs' counsel

2   did not hear from any such attorney, and instead, received another harassing and threatening email

3   from Mr. Crawford on December 16, 2014.[7]   The following day, Mr. Crawford, on behalf of

4   Defendant, filed the Motion to Set Aside Default and Default Judgment, Request for Evidentiary

5   Hearing, and Motion for Stay of Execution.   However, a non-lawyer may not represent a

6   corporation or other fictional entity in court.  Accordingly, Plaintiff respectfully requests that this

7   court strike Defendant's answer in its entirety.

8   **II.**   **LEGAL ARGUMENT**

9        "It has been the law for the better part of two centuries…that a corporation may appear in

10  the federal courts only through licensed counsel."  <u>Rowland v. California Men's Colony</u>, 506 U.S.

11  194, 202 (1993); see also <u>United States v. Unimex</u>, 991 F.2d 546, 549 (9th Cir. 1993) ("Counsel is

12  essential for a corporation at trial, because it cannot appear pro se); <u>Eagle Financial Service, CO v.</u>

13  <u>C.I.P. Venture Group, LLC</u>, 2007 WL 1430060 at *1 ("Nonattorneys are barred from representing

14  corporations.").  The primary reason for this requirement is "that the conduct of litigation by a non-

15  lawyer creates unusual burdens not only for the party he represents but as well for his adversaries in

16  court."  <u>Sunde v. Contel of California</u>, 112 Nev. 541, 543 (1996).  Further, non-lawyers "frequently

17  bring pleadings that are awkwardly drafted, motions that are inarticulately presented [and]

18  proceedings that are needlessly multiplicative."  <u>Id.</u>  Additionally, non-lawyers lack the professional

19  skills of a lawyer as well as "many of the attorney's ethical responsibilities, e.g. to avoid litigating

20  unfounded or vexatious claims."   <u>Id.</u>

21       Here, Mr. Crawford, a non-lawyer, has filed a Motion with this Court on behalf of

22  Defendant, a Nevada limited liability company.  Since an entity must be represented by licensed

23  counsel, Mr. Crawford's representation of Defendant is prohibited as a matter of law.  As such, this

24  court should strike Defendant's Motion to Set Aside Default and Default Judgment, Request for

25  Evidentiary Hearing Regarding Service, and Motion for Stay of Execution of Judgment in its

26

27

28

[6] <u>See</u> Multiple emails from Mr. Crawford, dated December 15, 2014, wherein he claims he has retained legal counsel, attached to the Thompson Decl. as **Exhibit 1-J** and **1-K**.
[7] <u>See</u> Email from Mr. Crawford dated December 16, 2014, attached to the Thompson Decl. as **Exhibit 1-L**.

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

LV 420370506v1

1   entirety.

2   **III.**     <u>**CONCLUSION**</u>

3          Based on the foregoing, Plaintiffs respectfully request that the Court grant their motion to

4   strike the Motion filed by Defendant EZ Lease Property Management, LLC, a/k/a EZ Lease

5   Propertys.

6          Dated this 19th day of December, 2014.

7

8                                         GREENBERG TRAURIG, LLP

9

                                          /s/ Laraine M.I. Burrell
10                                        Lauri S. Thompson (Bar No. 6846)
                                          Laraine M.I. Burrell (Bar No. 8771)
11                                        Shauna L. Norton (Bar No. 11320)
                                          3773 Howard Hughes Parkway, Suite 400 N
12                                        Las Vegas, Nevada 89169
                                          *Counsel for Plaintiffs*
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**GREENBERG TRAURIG, LLP**
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

LV 420370506v1

**CERTIFICATE OF SERVICE**

I hereby certify that on December 19, 2014, I served the foregoing **PLAINTIFFS'**

**MOTION TO STRIKE DEFENDANT'S MOTION TO SET ASIDE DEFAULT AND**

**DEFAULT JUDGMENT, REQUEST FOR EVIDENTIARY HEARING REGARDING**

**SERVICE, AND MOTION FOR STAY OF EXECUTION OF JUDGMENT** on:

> EZ Lease Property Management, LLC aka
> EZ Lease Propertys
> c/o Dale/Keith Crawford
> 848 N. Rainbow Blvd. #A69
> Las Vegas, NV  89107
> *Defendant*

by causing a full, true, and correct copy thereof to be sent by the following indicated method or

methods, on the date set forth below:

> X   by mailing in a sealed, first-class postage-prepaid envelope, addressed to the last-known office address of the attorney, and deposited with the United States Postal Service at Las Vegas, Nevada.

/s/ Cynthia L. Ney
An employee of Greenberg Traurig, LLP

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

LV 420370506v1

LAURI S. THOMPSON, ESQ.
Nevada Bar No. 6846
LARAINE BURRELL, ESQ.
Nevada Bar No. 8771
SHAUNA L. NORTON, ESQ.
Nevada Bar No. 11320
GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
Email: thompsonl@gtlaw.com
         burrelll@gtlaw.com
         nortons@gtlaw.com
*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| HAKKASAN LV, LLC, a Nevada limited liability company, HAKKASAN LIMITED, a foreign private limited company,<br><br>                    Plaintiffs,<br><br>v.<br><br>EZ LEASE PROPERTY MANAGEMENT, LLC, also known as EZ LEASE PROPERTYS, a Nevada limited liability company,<br><br>                    Defendant. | Case No.:  2:14-cv-00798-APG-GWF<br><br>**DECLARATION OF LAURI S. THOMPSON, ESQ. IN SUPPORT OF PLAINTIFFS' MOTION TO STRIKE DEFENDANT'S MOTION TO SET ASIDE DEFAULT AND DEFAULT JUDGMENT, REQUEST FOR EVIDENTIARY HEARING REGARDING SERVICE, AND MOTION FOR STAY OF EXECUTION OF JUDGMENT** |

I, LAURI S. THOMPSON, ESQ., declare under penalty of perjury under the laws of the United States that the facts contained herein are of my personal knowledge, and if called upon, I could and would competently testify to them.

1.     I am a shareholder with the law firm of Greenberg Traurig, LLP, counsel for Plaintiffs Hakkasan Limited and Hakkasan LV, LLC ("Plaintiffs") in the above-referenced matter and I have personal knowledge of the facts set forth in this declaration.

2.     This declaration is made  in support of Plaintiffs' Motion to Strike the Motion to Set Aside Default and Default Judgment, Request for Evidentiary Hearing, and Motion to Stay

LV 420370678v1

1  Execution of Judgment filed by Defendant EZ Lease Property Management, LLC a/k/a EZ Lease

2  Propertys ("Defendant") in the above-captioned matter.

3      3.       Prior to commencing litigation, on April 30, 2014, I sent a demand letter to Defendant

4  regarding the infringing nature of its Internet Domain Names <mgmgrandhakkasan.com>,

5  <mgmhakkasannightclub.com>, and <mgmgrandhakkasannightclub.com>.  <u>See</u> April 30, 2014

6  demand letter to Defendant, attached hereto as **Exhibit 1-A**.

7      4.       On May 10, 2014, Defendant responded via email and offered to sell the domain

8  names to Plaintiffs for $2,000,000.  <u>See</u> Email from Defendant dated May 10, 2014, attached hereto

9  as **Exhibit 1-B**.

10      5.       On or about May 14, 2014, I spoke to Keith Crawford, owner of Defendant, over the

11  telephone regarding the April 30, 2014 demand letter and requested transfer of the domain names.

12  During our conversation, I recommended that Mr. Crawford retain legal counsel.

13      6.       I followed up with an email to Mr. Crawford, wherein I reiterated my

14  recommendation that he retain counsel in this matter.  <u>See</u> Email dated May 14, 2014, attached

15  hereto as **Exhibit 1-C**.

16      7.       Based on unsuccessful efforts to resolve this dispute, our client was forced to file suit

17  against Defendant. On May 20, 2014, my law firm filed a complaint, motion for temporary

18  restraining order and motion for preliminary injunction against Defendant on behalf of Plaintiffs.

19      8.       Pursuant to the Court's Order granting the motion for a temporary restraining order,

20  my law firm emailed the pleadings to Defendant at the email address listed in the Whois information

21  for the infringing domain names and the same email address to/from which I had previously

22  corresponded with Mr. Crawford.  <u>See</u> Email from Cynthia Ney to Defendant dated May 27, 2014,

23  attached hereto as **Exhibit 1-D**.

24      9.       On May 27, 2014, Mr. Crawford responded to Ms. Ney's email essentially

25  acknowledging the lawsuit against Defendant.  <u>See</u> Email from Mr. Crawford dated May 27, 2014,

26  attached hereto as **Exhibit 1-E**.

27      10.     Defendant sent me another email on May 28, 2014, regarding the lawsuit and the

28  domain names.  This email came from a different email address, ezleasellc@gmail.com, but was

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway, Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

1  likely also from Mr. Crawford.  See Email from Mr. Crawford dated May 28, 2014, attached hereto

2  as **Exhibit 1-F**.

3        11.    Defendant did not formally respond to the Complaint and did not participate in the

4  lawsuit.  Therefore, on July 23, 2014, the Court granted default judgment against Defendant in favor

5  of Plaintiffs.

6        12.    On December 11, 2014, our office obtained an Order from the Court setting the

7  judgment debtor examination of the person most knowledgeable of Defendant.

8        13.    In addition to attempting to serve the Order at Defendant's last known address, our

9  office emailed a copy of the Order to Defendant.  See Email dated December 11, 2014 from Cynthia

10  Ney to Defendant, attached hereto as **Exhibit 1-G**.

11       14.    Defendant, likely through Mr. Crawford, immediately responded.  See Email

12  response from Mr. Crawford, dated December 11, 2014, attached hereto as **Exhibit 1-H**.

13       15.    Our office responded to Mr. Crawford and recommended that he obtain counsel in

14  this matter.  See Email from Shauna Norton to Mr. Crawford, dated December 15, 2014, attached

15  hereto as **Exhibit 1-I**.

16       16.    Mr. Crawford eventually implied that he had retained legal counsel and that such

17  counsel would contact our firm.  See Email from Mr. Crawford dated December 15, 2014, attached

18  hereto as **Exhibit 1-J**.

19       17.    My firm was never contacted by counsel for Defendant, and instead, we received yet

20  another threatening and harassing email from Mr. Crawford regarding this case and the judgment.

21  See Email from Mr. Crawford dated December 15, 2014, attached hereto as **Exhibit 1-K**.

22       18.    The following day, we received the Motion filed by Mr. Crawford on behalf of

23  Defendant.

24       DATED: December 19, 2014.

25

26                              /s/ Lauri S. Thompson
                                Lauri S. Thompson, Esq.

27

28

# EXHIBIT 1-A

**GT** GreenbergTraurig

In Reply:
Lauri S. Thompson, Esq.
Ph: (702) 792-3773
Fax: (702) 792-9002
ThompsonL@gtlaw.com

April 30, 2014

**VIA CERTIFIED MAIL &**
**ELECTRONIC MAIL:** ezlease_propertys@yahoo.com

Dale Crawford
Keith Crawford
EZ Lease Propertys
3300 S. Decatur Blvd.
Las Vegas, NV 89102

Re: *Your Unauthorized Use and Registration of Internet Domain Names*
*<mgmgrandhakkasan.com>,        <mgmhakkasannightclub.com>,        and*
*<mgmgrandhakkasannightclub.com>*
*Our Ref. 145472.014500*

Dear Sirs:

This firm represents Hakkasan Limited ("Hakkasan") in connection with various intellectual property matters. Hakkasan owns the exclusive right to use the HAKKASAN name and trademark in connection with, among other things, nightclubs, nightclub services, restaurant services, and bar and cocktail lounge services (the "HAKKASAN Mark"). In particular, Hakkasan owns several United States trademark registrations (US Reg. Nos. 4,458,604 and 3,789,248) and pending applications (US Ser. Nos. 86/183,960, 86/183,953 and 86/183,947) for the HAKKASAN Mark.

Since opening the original HAKKASAN in 2001 and its first United States location in 2009, Hakkasan has continuously and extensively used the HAKKASAN Mark to advertise and promote its properties in the United States and around the world, including its property located in Las Vegas, Nevada. HAKKASAN is one of the most well-known and respected names in the restaurant and nightclub industry. Hakkasan has spent millions of dollars advertising and promoting the HAKKASAN Mark in print, broadcast media and on the Internet through its websites located at <hakkasan.com> and <hakkasanlv.com>. In addition, Hakkasan has made extensive use of the HAKKASAN Mark on, among other things, signage and promotional materials. The result of these efforts is that the HAKKASAN Mark has become distinctive and famous for nightclub, restaurant and bar services. Thus, it is imperative to Hakkasan that its HAKKASAN Mark is protected to the fullest extent permitted by law and that the public is not deceived as to the affiliation between its business activities and your own.

On or about April 18, 2013, your company EZ Lease Propertys ("EZ Lease") registered the Internet domain names <mgmgrandhakkasan.com>, <mgmhakkasannightclub.com>, and <mgmgrandhakkasannightclub.com> (the "Infringing Domain Names"). EZ Lease later linked the Infringing Domain Names to live search and reference pages that contain various links to

*LV 418926201v2*

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM
3773 Howard Hughes Parkway ■ Suite 400 North ■ Las Vegas, NV 89169 ■ Tel 702.792.3773 ■ Fax 702.792.9002

the MGM Grand Hotel in Las Vegas, Nevada, as well as several other Las Vegas links. These activities have infringed Hakkasan's intellectual property rights and must cease immediately.

Specifically, the registration and use of the Infringing Domain Names by your company violates the Anti-cybersquatting Consumer Protection Act (the "ACPA"), 15 U.S.C. § 1125(d), which Congress passed into law in 1999.  Congress' stated purpose for that law was to prevent cybersquatting by "prohibiting the bad faith and abusive registration of distinctive marks as Internet domain names with the intent to profit from the goodwill associated with such marks." To assert a successful cybersquatting claim against EZ Lease, Hakkasan must demonstrate: (1) the HAKKASAN name is distinctive and protected as a mark; (2) the Infringing Domain Names are identical and/or confusingly similar to that mark; and (3) EZ Lease possesses the bad faith intent to profit from registration of the domain names.  See 15 U.S.C. § 1125(d).

Hakkasan can easily demonstrate each of these elements.   First, as discussed, Hakkasan is among the most well-known restaurant and nightclub operators in the world. Consumers in the United States and throughout the world associate Hakkasan and the HAKKASAN Mark with the highest quality restaurant and nightclub services.

Second, the Infringing Domain Names contain the entirety of our client's HAKKASAN Mark, accompanied only by various descriptive terms denoting the type of services provided by our client and/or the geographic location of its Las Vegas Hakkasan Nightclub.

Finally, we can show that EZ Lease possesses a bad faith intent to profit from registration of the Infringing Domain Names.  By connecting the domain names to websites that provide pay-per-click links to websites that offer related services, we can presume that you and your company wrongfully registered the Infringing Domain Names with the intent to profit from the reputation and goodwill vested in Hakkasan.

The ACPA provides that plaintiffs, such as Hakkasan, may collect up to $100,000 in damages (per domain name) from cybersquatters.  EZ Lease illegally registered the Infringing Domain Names with the bad faith intent to profit from those registrations.  As such, if Hakkasan is compelled to file suit against you and your company, it will request that the Court levy the maximum amount of damages.  It would also request reimbursement of all attorney's fees and costs expended to recover the Infringing Domain Names.

In addition to EZ Lease's clear violation of the ACPA, the registration and use of the Infringing Domain Names constitutes (among other things) trademark infringement and unfair competition under the federal Lanham Act.  Your company's use of the HAKKASAN Mark in the domain names while linking the domain names to your websites, creates a strong likelihood of confusion among the relevant consuming public.  In other words, one visiting these sites would assume that there is some connection with, or endorsement of your activities by Hakkasan. This "likelihood of confusion" determination lies at the heart of an infringement analysis.  See 15 U.S.C. §§ 1114, 1125.

Hakkasan possesses several other claims against you and your company for your unlawful and unauthorized use of the HAKKASAN Mark, which could subject you to significantly more damages should Hakkasan be forced to file suit against you.  Our client, however, would prefer to resolve this matter amicably and without court action, if such a resolution can be reached expeditiously.  As such, Hakkasan will refrain from immediately filing suit if you respond to this communication by no later than **Monday, May 12, 2014**, to discuss potential settlement options, which will include transferring the Infringing Domain Names to Hakkasan.

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM

Please note that any attempt to sell, transfer, or dispose of the Infringing Domain Names in any manner without the express consent of Hakkasan is prohibited.  Any transfer, disposition, or alteration of the registration information for the Infringing Domain Names without Hakkasan's approval and consent, throughout the pendency of this dispute, is unlawful and will subject you and your company to further damages and liability under the ACPA and other state and federal statutes.

Once again, Hakkasan considers your actions to be very serious.  Failure to respond in a timely fashion will force our client to explore options that will include judicial intervention. Thank you in advance for your anticipated cooperation.  Please feel free to contact me with any questions.

Sincerely,

GT GreenbergTraurig

Lauri S. Thompson

LST/SW/ilh
Enclosure

*LV 418926201v2*

GREENBERG TRAURIG, LLP ■ ATTORNEYS AT LAW ■ WWW.GTLAW.COM

# United States of America
## United States Patent and Trademark Office

# HAKKASAN

**Reg. No. 3,789,248**

**Registered May 18, 2010**

**Int. Cls.: 9, 16 and 43**

**TRADEMARK**

**SERVICE MARK**

**PRINCIPAL REGISTER**

HAKKASAN LIMITED (UNITED KINGDOM LIMITED LIABILITY COMPANY)
151 WARDOUR STREET
4TH FLOOR
LONDON, UNITED KINGDOM W1F8WE

FOR: PUBLICATIONS IN ELECTRONIC FORM, NAMELY, DOWNLOADABLE ELECTRONIC PUBLICATIONS IN THE NATURE OF MAGAZINES AND BOOKS IN THE FIELD OF FOOD, FINE DINING, THE CULINARY ARTS, HOSPITALITY INDUSTRY, MUSIC, SOCIAL EVENTS AND TRAVEL; PRE-RECORDED VIDEOS, CD ROM'S, TAPES, CASSETTES, CDS, DVDS IN THE FIELD OF FOOD, FINE DINING, THE CULINARY ARTS, HOSPITALITY INDUSTRY, MUSIC, SOCIAL EVENTS AND TRAVEL; KITCHEN SCALES, WEIGHING AND MEASURING APPARATUS, NAMELY, MEASURING CUPS AND MEASURING SPOONS, IN CLASS 9 (U.S. CLS. 21, 23, 26, 36 AND 38).

FOR: PUBLICATIONS AND PRINTED MATTER, NAMELY, PAMPHLETS, BROCHURES, NEWSLETTERS, JOURNALS AND MAGAZINES IN THE FIELD OF FOOD, FINE DINING, THE CULINARY ARTS, HOSPITALITY INDUSTRY, MUSIC, SOCIAL EVENTS AND TRAVEL; CALENDARS, PRINTED MENUS, COOKBOOKS; PRINTED INSTRUCTIONAL AND TEACHING MATERIALS IN THE FIELD OF FOOD, FINE DINING, THE CULINARY ARTS, HOSPITALITY INDUSTRY, MUSIC, SOCIAL EVENTS AND TRAVEL; PLASTIC MATERIALS FOR PACKAGING, NAMELY, PLASTIC BAGS FOR PACKAGING; STATIONERY; PAPER, CARDBOARD AND GOODS MADE FROM THESE MATERIALS, NAMELY, COASTERS OF PAPER, PLACE CARDS AND CARDBOARD BOXES; PAPER NAME BADGES; BAGS OF PLASTIC FOR PACKAGING; PAPER BAGS; BOOK MARKS, BOXES OF CARDBOARD OR PAPER; GIFT CARDS, NOTE CARDS; CATALOGUES IN THE FIELD OF FOOD, FINE DINING, THE CULINARY ARTS, HOSPITALITY INDUSTRY, MUSIC, SOCIAL EVENTS AND TRAVEL; FOLDED GREETING CARDS, PAPER GIFT TAGS, GIFT WRAPPING PAPER, NOTEBOOKS; INSTRUCTIONAL MATERIAL (EXCEPT APPARATUS), NAMELY, TEXT-BOOKS IN THE FIELD OF FOOD, FINE DINING, THE CULINARY ARTS AND THE HOSPIT-ALITY INDUSTRY AND PRINTED CHARTS, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FOR: RESTAURANT SERVICES; CAFÉ SERVICES; BAR SERVICES; CATERING FOR THE PROVISION OF FOOD AND DRINK; CATERING SERVICES; PROVISION OF FOOD AND DRINK BY A RESTAURANT, IN CLASS 43 (U.S. CLS. 100 AND 101).

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF ERPN CMNTY TM OFC REG. NO. 4151916, DATED 12-2-2005, EXPIRES 12-1-2014.

THE WORDING "HAKKASAN" HAS NO MEANING IN A FOREIGN LANGUAGE.



Director of the United States Patent and Trademark Office

# United States of America

## United States Patent and Trademark Office

# HAKKASAN

**Reg. No. 4,458,604**

**Registered Dec. 31, 2013**

**Int. Cl.: 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**

HAKKASAN LIMITED (UNITED KINGDOM LIMITED LIABILITY COMPANY)
4TH FLOOR
151 WARDOUR STREET
LONDON, UNITED KINGDOM W1F8WE

FOR: NIGHT CLUBS; NIGHT CLUB SERVICES IN THE NATURE OF RESERVATION AND BOOKING SERVICES FOR THE PURPOSE OF ARRANGING FOR ADMISSION TO NIGHT CLUBS AND NIGHT CLUB EVENTS, AND ARRANGING AND COORDINATING NIGHTCLUB PARTIES AND ENTERTAINMENT EVENTS; DANCE CLUB SERVICES; EN-TERTAINMENT SERVICES IN THE NATURE OF PROVIDING LIVE MUSICAL, DANCE, AND THEATRICAL PERFORMANCES; CONSULTATION IN THE FIELD OF SPECIAL EVENT PLANNING FOR SOCIAL ENTERTAINMENT SERVICES, IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 4-18-2009; IN COMMERCE 4-18-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-TICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NO. 3,789,248.

SER. NO. 85-928,057, FILED 5-9-2013.

JENNIFER DIXON, EXAMINING ATTORNEY



*Deborah S. Cohn*

Commissioner for Trademarks of the
United States Patent and Trademark Office

# EXHIBIT 1-B

**Ney, Cynthia (Para-LV-LT)**

| | |
|---|---|
| **From:** | Ez Lease Property Management L <ezlease_propertys@yahoo.com> |
| **Sent:** | Saturday, May 10, 2014 3:30 AM |
| **To:** | Hinde, Ingrid L. (Secy-LV-IP-Tech) |
| **Subject:** | Re: Registered: Legal Correspondence for Your Review |

Hello, In response to your letter dated April 30th 2014 regarding the infringement of said domain names mgmgrandhakkasan.com , mgmgrandhakkasannightclub.com & mgmhakkasannightclub.com. Upon our investigation and consulting with our legal team we are aware of these domain names and we do not agree with your infringement claims! Yes you do have the trademark of the word HAKKASAN, but you do not have the trademark of the words...
mgmgrandhakkasan.com , mgmgrandhakkasannightclub.com & mgmhakkasannightclub.com their for we are not infringing on your trademark. We have also been advised that if we were infringing you would have to right to take these domains from us without our consent, but as we can see that has not happen. There for we are offering to sell all of these domain names to you if you wish to purchase them for the sum of Two Million Dollars($2,000,000.00). Please email us back to confirm purchase and transfer.

Thank you

Ez Lease Property Management LLC
ezlease_propertys@yahoo.com
On Wednesday, April 30, 2014 3:05 PM, "hindei@gtlaw.com" <hindei@gtlaw.com> wrote:



This is a Registered Email® message from **hindei@gtlaw.com**.

SENT ON BEHALF OF LAURI THOMPSON, ESQ.

Gentlemen:

Attached please find important legal correspondence for your review and response by no later than May 12, 2014.  Your email response should be sent to ThompsonL@gtlaw.com or you can contact us at the telephone numbers listed below.

*Ingrid L. Hinde*
Intellectual Property/Transactional Legal Assistant to
Lauri S. Thompson, Edward "Ted" Quirk,  Jonathan Leleu and Peter H. Ajemian
Greenberg Traurig, LLP | Suite 400 North
3773 Howard Hughes Parkway | Las Vegas, Nevada 89169
Tel 702.938.6924 - Fax: 702-792-9002 -  Direct: 702-938-6924
Hindei@gtlaw.com | www.gtlaw.com



ALBANY · AMSTERDAM · ATLANTA · AUSTIN · BOSTON · CHICAGO · DALLAS · DELAWARE · DENVER · FORT LAUDERDALE · HOUSTON · LAS VEGAS · LONDON* · LOS ANGELES · MEXICO CITY+ · MIAMI · NEW JERSEY · NEW YORK · ORANGE COUNTY · ORLANDO · PALM BEACH COUNTY · PHILADELPHIA · PHOENIX · SACRAMENTO · SAN FRANCISCO · SHANGHAI · SILICON VALLEY · TALLAHASSEE · TAMPA · TEL AVIV^ · TYSONS CORNER · WARSAW~ · WASHINGTON, D.C. · WHITE PLAINS
*OPERATES AS GREENBERG TRAURIG MAHER LLP  +OPERATES AS GREENBERG TRAURIG, S.C.  ^A BRANCH OF GREENBERG TRAURIG, P.A., FLORIDA, USA  ~OPERATES AS GREENBERG TRAURIG GRZESIAK SP.K.
**STRATEGIC ALLIANCE WITH AN INDEPENDENT LAW FIRM**
MILAN · ROME
PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS EMAIL

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate such information. Pursuant to IRS Circular 230, any tax advice in this email may not be used to avoid tax penalties or to promote, market or recommend any matter herein.

Click here to send a Registered Email® message to anyone.
Powered by RPost®

# EXHIBIT 1-C

**Ney, Cynthia (Para-LV-LT)**

| | |
|---|---|
| **From:** | Thompson, Lauri S. (Shld-LV-IP-Tech) |
| **Sent:** | Wednesday, May 14, 2014 1:18 PM |
| **To:** | Ez Lease Property Management L |
| **Cc:** | ezleasellc@gmail.com; Hinde, Ingrid L. (Secy-LV-IP-Tech) |
| **Subject:** | RE: Infringement claim dated April 30th 2014 |

Dear Dale and Keith Crawford,
Thank you Keith for taking my phone call today. I advised you to retain legal counsel that is proficient in trademark law. Registering domain names that include others' trademarks, then offering to sell the domains to the trademark owner is a form of cybersquatting governed by the Anti-Cybersquatting Protection Act statutes.  The ACPA allows for statutory damages of up to $100,000 per infringing domain name, plus attorney fees and costs to be awarded to the trademark owner.
Keith did state that we should go ahead and file the lawsuit. While I think this is a waste of resources, please be assured that both MGM and Hakkasan have filed many cybersquatting lawsuits against infringers that do not agree to transfer their domains back to them. Both companies take this very seriously. If I do not hear back from you or your lawyer today, I will report your non-compliance to my client so they may prepare for litigation.
Thank you for your immediate attention to this matter.

**Lauri Thompson**
Shareholder
Greenberg Traurig, LLP | Suite 400 North
3773 Howard Hughes Parkway | Las Vegas, Nevada 89169
Tel 702.938.6886 | Cell 702.595.1995
ThompsonL@gtlaw.com | www.gtlaw.com

GT GreenbergTraurig

**From:** Ez Lease Property Management L [mailto:ezlease_propertys@yahoo.com]
**Sent:** Saturday, May 10, 2014 12:57 PM
**To:** Thompson, Lauri S. (Shld-LV-IP-Tech)
**Subject:** Infringement claim dated April 30th 2014


Hello, In response to your letter dated April 30th 2014 regarding the infringement of said domain names mgmgrandhakkasan.com , mgmgrandhakkasannightclub.com & mgmhakkasannightclub.com. Upon our investigation and consulting with our legal team we are aware of these domain names and we do not agree with your infringement claims! Yes you do have the trademark of the word HAKKASAN, but you do not have the trademark of the words...
mgmgrandhakkasan.com , mgmgrandhakkasannightclub.com & mgmhakkasannightclub.com their for we are not infringing on your trademark. We have also been advised that if we were infringing you would have to right to take these domains from us without our consent, but as we can see that has not happen. There for we are offering to sell all of these domain names to you if you wish to purchase them for the sum of Two Million Dollars($2,000,000.00). Please email us back to confirm purchase and transfer.

Thank you


Ez Lease Property Management LLC
ezlease_propertys@yahoo.com

# EXHIBIT 1-D

**Ney, Cynthia (Para-LV-LT)**

| | |
|---|---|
| **From:** | Ney, Cynthia (Para-LV-LT) |
| **Sent:** | Tuesday, May 27, 2014 4:57 PM |
| **To:** | ezlease_propertys@yahoo.com |
| **Subject:** | LEGAL NOTICE (Sent Registered) |
| **Attachments:** | 001 - COMPLAINT.PDF; 003 - Ex Parte Application for Temporay Restraining Order.PDF; TRO Order.pdf; 006 - Summons (issued).PDF |

## NOTICE TO REGISTRANT

ezlease_propertys@yahoo.com
EZ Lease Propertys
3300 S. Decatur Blvd., Suite 10119
Las Vegas, NV  89102

Re:  Hakkasan LV, LLC, et al.

      v.

      EZ Lease Property Management, LLC

      Our matter no. 145472.014500

Attachments:  Granted TRO, Filed Complaint, Filed Application for TRO and Motion for Preliminary Injunction and Exhibits, Issued Summons

The person and/or entity referenced above has been sued in Case No. 2:14-cv-00798-APG-GWF in the  United States District Court for the District of Nevada for cybersquatting (15 U.S.C. § 1125(d)), trademark infringement (15 U.S.C. § 1114), unfair competition (15 U.S.C. §  1125(a)), common law trademark infringement, deceptive trade practices (N.R.S. §  598.0903 et seq.) and intentional interference with prospective economic advantage for the registration and use of the <mgmgrandhakkasan.com>, <mgmgrandhakkasannightclub.com> and <mgmhakkasannightclub.com> domain names.  By Court Order, the attached documents are to be served on Defendant by e-mail, based upon the electronic mail contact information provided by Defendant to the domain name registrar, to provide timely notice to Defendant that Plaintiff's Motion for Preliminary Injunction will be heard by the Court on June 2, 2014 at 9:30 a.m. in Courtroom 6C of the  United States District Court located at 333 Las Vegas Boulevard South, Las Vegas, Nevada, 89101.  Defendants may file and serve opposition papers, if any, no later than May 29, 2014. Defendants must appear before the Court on June 2, 2014 or suffer judgment to be entered in favor of Plaintiff.

# EXHIBIT 1-E

**Ney, Cynthia (Para-LV-LT)**

| | |
|---|---|
| **From:** | Ez Lease Property Management L <ezlease_propertys@yahoo.com> |
| **Sent:** | Tuesday, May 27, 2014 7:50 PM |
| **To:** | Ney, Cynthia (Para-LV-LT) |
| **Subject:** | Re: Registered: LEGAL NOTICE |

I mean seriously? Can't we settle this without going though this? We didn't get these domain names for free you know! Can we settle this without the courts or do you want to spend unnecessary court fees? Waiting for your response

Ez Lease Property Management LLC
ezlease_propertys@yahoo.com

On Tuesday, May 27, 2014 4:58 PM, "neyc@gtlaw.com" <neyc@gtlaw.com> wrote:



This is a Registered Email® message from **neyc@gtlaw.com**.

---

**NOTICE TO REGISTRANT**

ezlease_propertys@yahoo.com
EZ Lease Propertys
3300 S. Decatur Blvd., Suite 10119
Las Vegas, NV  89102

Re:  Hakkasan LV, LLC, et al.

     v.

     EZ Lease Property Management, LLC

     Our matter no. 145472.014500

Attachments:  Granted TRO, Filed Complaint, Filed Application for TRO and Motion for Preliminary Injunction and Exhibits, Issued Summons

The person and/or entity referenced above has been sued in Case No. 2:14-cv-00798-APG-GWF in the  United States District Court for the District of Nevada for cybersquatting (15 U.S.C. § 1125(d)), trademark infringement (15 U.S.C. § 1114), unfair competition (15 U.S.C. §  1125(a)), common law trademark infringement, deceptive trade practices (N.R.S. §  598.0903 et seq.) and intentional interference with prospective economic advantage for the registration and use of the <mgmgrandhakkasan.com>, <mgmgrandhakkasannightclub.com> and <mgmhakkasannightclub.com> domain names.  By Court Order, the attached documents are to be

served on Defendant by e-mail, based upon the electronic mail contact information provided by Defendant to the domain name registrar, to provide timely notice to Defendant that Plaintiff's Motion for Preliminary Injunction will be heard by the Court on June 2, 2014 at 9:30 a.m. in Courtroom 6C of the  United States District Court located at 333 Las Vegas Boulevard South, Las Vegas, Nevada, 89101.  Defendants may file and serve opposition papers, if any, no later than May 29, 2014.  Defendants must appear before the Court on June 2, 2014 or suffer judgment to be entered in favor of Plaintiff.

---

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate such information. Pursuant to IRS Circular 230, any tax advice in this email may not be used to avoid tax penalties or to promote, market or recommend any matter herein.

Click here to send a Registered Email® message to anyone.

 Powered by RPost®

# EXHIBIT 1-F

**Ney, Cynthia (Para-LV-LT)**

| | |
|---|---|
| **From:** | ezleasellc <ezleasellc@gmail.com> |
| **Sent:** | Wednesday, May 28, 2014 7:27 PM |
| **To:** | Thompson, Lauri S. (Shld-LV-IP-Tech) |
| **Cc:** | Burrell, Laraine (Assoc-LV-LT); Hinde, Ingrid L. (Secy-LV-IP-Tech); Ney, Cynthia (Para-LV-LT) |
| **Subject:** | Re: Infringement claim dated April 30th 2014 |
| **Attachments:** | 145472.014500 - Domain Name Response.pdf |

To: Who It may concern 5/28/2014


From: Ez lease Property Management LLC


Subject: Our matter no. 145472.014500


The Domain names in question - MgmhakkAsan.com, MgmgrandhakkAsan.com, MgmhakkAsanNightclub.com where own by us from 4/18/2013 to 4/18/2014. At the time the plaintiff sent us their treating emails and phone calls these domain names were in a renewal process and we were not the legal owners! These domain names where not purchased and then an email was sent to the plaintiff asking for payment for them. The payment of the two million dollars did not come until we receive treats from the plaintiff! We did not legal own these domain names so their is really not a case here and all they had to do was to check and see that we did not own them at that time! These domain names were only purchased and used for of our website promoting New and the Most Grossing Night Clubs In Las Vegas! We did not make any money from these domain names they were only used to promote the plaintiffs club! If the plaintiff would not have emailed and call us with the treats this would have never happen! The plaintiffs cannot prove their were any monetary damages because their were not any and as of 4/18/2014 we legally did not own these domain names. We have enclosed our cancel email of these domain names and they will be given back to the plaintiffs. We have no used for them and if the plaintiff would have been nice we would have told them this from the start! If the plaintiff chooses to try and prove their were damages regarding these domain names then we will let our attorneys fight this issues but we truly think that would be a waste or both of our time and unnecessary money! As for us and Ez Lease Property Management LLC this lawsuit is over and done with! We thank you for your time, and hope that you will end this matter in a most civil and peaceful way.


Thanks again

Ez Lease Property Management LLC

Dear Ez Lease Propertys,

Thank you for choosing Register.com as your web services provider. Below is confirmation of your order:

**Date (MM/DD/YYYY):** 05/10/2014
**Name:** Ez Lease Propertys
**Company:**
**Address 1:** suite A69 ,848 rainbow blvd
**Address 2:**
**City:** Las Vegas
**Country:** US
**State:** NV
**Postal code:** 89107

| Services | Billing Cycle | Status | Price |
|---|---|---|---|
| mgmgrandhakkasan.com | 1 year | CANCELED | $0.00 |
| Reinstatement Fee | 0 | CANCELED | $0.00 |
| mgmgrandhakkasannightclub.com | 1 year | CANCELED | $0.00 |
| Reinstatement Fee | 0 | CANCELED | $0.00 |
| mgmhakkasannightclub.com | 1 year | CANCELED | $0.00 |
| Reinstatement Fee | 0 | CANCELED | $0.00 |

Total: $0.00

On Wed, May 28, 2014 at 5:06 PM, <ThompsonL@gtlaw.com> wrote:

Mr. Crawford,

You had emailed me previously saying you had legal representation. If so, I must speak to your attorney. If you do not have counsel, you will need to retain counsel to appear before the court. My client is going to require a court order for a permanent injunction. If you wish, you can stipulate to this to avoid the protracted litigation. However, my client will also require an amount in damages to be paid to them. I do not have an amount they will accept yet- but I can discuss this.

Please let me know about the status of your legal representation and if you wish to proceed with discussions regarding the settlement I have outlined.

Thank you,

Lauri

**Lauri Thompson**
Shareholder
Greenberg Traurig, LLP | Suite 400 North

3773 Howard Hughes Parkway | Las Vegas, Nevada 89169
Tel 702.938.6886 | Cell 702.595.1995

ThompsonL@gtlaw.com | www.gtlaw.com

GT GreenbergTraurig

**From:** ezleasellc [mailto:ezleasellc@gmail.com]
**Sent:** Tuesday, May 27, 2014 8:18 PM

**To:** Thompson, Lauri S. (Shld-LV-IP-Tech)
**Subject:** Re: Infringement claim dated April 30th 2014

Ok look this is really not necessary! You can have the domains back! But we did had to pay for them you know! We havent used these domain names in any appropriate way and its truly not that serious with us! Please email me back so we can handle this in a civil matter.

On Wed, May 14, 2014 at 1:18 PM, <ThompsonL@gtlaw.com> wrote:

Dear Dale and Keith Crawford,

Thank you Keith for taking my phone call today. I advised you to retain legal counsel that is proficient in trademark law.

Registering domain names that include others' trademarks, then offering to sell the domains to the trademark owner is a form of cybersquatting governed by the Anti-Cybersquatting Protection Act statutes.  The ACPA allows for statutory damages of up to $100,000 per infringing domain name, plus attorney fees and costs to be awarded to the trademark owner.

Keith did state that we should go ahead and file the lawsuit. While I think this is a waste of resources, please be assured that both MGM and Hakkasan have filed many cybersquatting lawsuits against infringers that do not agree to transfer their domains back to them. Both companies take this very seriously. If I do not hear back from you or your lawyer today, I will report your non-compliance to my client so they may prepare for litigation.

Thank you for your immediate attention to this matter.

**Lauri Thompson**
Shareholder
Greenberg Traurig, LLP | Suite 400 North
3773 Howard Hughes Parkway | Las Vegas, Nevada 89169
Tel 702.938.6886 | Cell 702.595.1995

ThompsonL@gtlaw.com | www.gtlaw.com

**GT** GreenbergTraurig

**From:** Ez Lease Property Management L [mailto:ezlease_propertys@yahoo.com]
**Sent:** Saturday, May 10, 2014 12:57 PM
**To:** Thompson, Lauri S. (Shld-LV-IP-Tech)
**Subject:** Infringement claim dated April 30th 2014

Hello, In response to your letter dated April 30th 2014 regarding the infringement of said domain names mgmgrandhakkasan.com , mgmgrandhakkasannightclub.com & mgmhakkasannightclub.com. Upon our investigation and consulting with our legal team we are aware of these domain names and we do not agree with your infringement claims! Yes you do have the trademark of the word HAKKASAN, but you do not have the trademark of the words... mgmgrandhakkasan.com , mgmgrandhakkasannightclub.com & mgmhakkasannightclub.com their for we are not infringing on your trademark. We have also been advised that if we were infringing you would have to right to take these domains from us without our consent, but as we can see that has not happen. There for we are offering to sell all of these domain names to you if you wish to purchase them for the sum of Two Million Dollars($2,000,000.00). Please email us back to confirm purchase and transfer.

Thank you

Ez Lease Property Management LLC
ezlease_propertys@yahoo.com

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate such information. Pursuant to IRS Circular 230, any tax advice in this email may not be used to avoid tax penalties or to promote, market or recommend any matter herein.

--

Dale Crawford
Ez Lease Property Management LLC
ezleasellc@gmail.com
702 582-5685 Cell


--
Dale Crawford
Ez Lease Property Management LLC
ezleasellc@gmail.com
702 582-5685 Cell

# EXHIBIT 1-G

**Ney, Cynthia (Para-LV-LT)**

| | |
|---|---|
| **From:** | Ney, Cynthia (Para-LV-LT) |
| **Sent:** | Thursday, December 11, 2014 4:06 PM |
| **To:** | Ez Lease Property Management L |
| **Cc:** | Thompson, Lauri S. (Shld-LV-IP-Tech); Norton, Shauna (Assoc-LV-IP-Tech); BurrellL@gtlaw.com |
| **Subject:** | Hakkasan – EZ Lease – LEGAL NOTICE (Sent Registered) |
| **Attachments:** | 026 - order setting exam (EZ Lease) (with attachment).pdf |

Attached please find an order issued by the court setting a judgment debtor's examination for January 7, 2014 which requires your attention.  Thank you.

**Cynthia Ney**
Paralegal
Greenberg Traurig, LLP | Suite 400 North
3773 Howard Hughes Parkway | Las Vegas, Nevada 89169
Tel 702.599.8009
neyc@gtlaw.com | www.gtlaw.com



# EXHIBIT 1-H

**Ney, Cynthia (Para-LV-LT)**

| | |
|---|---|
| **From:** | ezlease_propertys@yahoo.com |
| **Sent:** | Thursday, December 11, 2014 9:21 PM |
| **To:** | Norton, Shauna (Assoc-LV-IP-Tech) |
| **Subject:** | Re: Registered: Hakkasan - EZ Lease - LEGAL NOTICE |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

I or anyone from my company is not appearing in no ones court! We do not own any domains of this name or have made any financial  gain from this so you are wasting your time and your money filing this! Good bye

Sent from my iPhone

On Dec 11, 2014, at 8:21 PM, <nortons@gtlaw.com> wrote:

> Sir,
>
> We will not debate the merits of the case with you at this juncture.
> Our client has a federal court judgment against your company and has
> instructed us to proceed with enforcement of its judgement.
> Accordingly, among other things, we will be deposing the person most
> knowledgeable of the company. Please note that failure to appear is a
> direct violation of a court order and may result in your being held in
> contempt of court. Thank you,
>
> Shauna
>
> Sent from my iPhone
>
>
> From: ezlease_propertys@yahoo.com<mailto:ezlease_propertys@yahoo.com>
> [mailto:ezlease_propertys@yahoo.com]
> Sent: Thursday, December 11, 2014 4:19 PM
> To: Ney, Cynthia (Para-LV-LT)
> Subject: Re: Registered: Hakkasan - EZ Lease - LEGAL NOTICE
>
> I or our company does not own this domain name!!! Please check your findings!
>
> Sent from my iPhone
>
> On Dec 11, 2014, at 4:07 PM, "neyc@gtlaw.com<mailto:neyc@gtlaw.com>"
> <neyc@gtlaw.com<mailto:neyc@gtlaw.com>> wrote:
> [***RPost Registered Email***]
>
>
> This is a Registered Email® message from neyc@gtlaw.com<mailto:neyc@gtlaw.com>.
>

1

> _____

>

> Attached please find an order issued by the court setting a judgment debtor's examination for January 7, 2014 which requires your attention.  Thank you.

>

> Cynthia Ney

> Paralegal

> Greenberg Traurig, LLP | Suite 400 North

> 3773 Howard Hughes Parkway | Las Vegas, Nevada 89169 Tel 702.599.8009

> neyc@gtlaw.com<mailto:neyc@gtlaw.com> |

> www.gtlaw.com<http://www.gtlaw.com/>

>

> <image001.jpg>

>

>

>

> _____

> If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com<mailto:postmaster@gtlaw.com>, and do not use or disseminate such information.

> _____

>

>

> Click here<https://rmail.rpost.com/RMAIL/autologin.aspx?rr=40DA25FF> to send a Registered Email® message to anyone.

>

> [http://open.rpost.net/5AADFFD7DD94808C4D26DFA8D988A7BFC863CC9E-1_C256

> 9658EE25C1EEDB240A7DAEB03AC6176F0933/rpost.gif]

> <026 - order setting exam (EZ Lease) (with attachment).pdf>

> <image001.jpg>

# EXHIBIT 1-I

**Ney, Cynthia (Para-LV-LT)**

| | |
|---|---|
| **From:** | Norton, Shauna (Assoc-LV-IP-Tech) |
| **Sent:** | Monday, December 15, 2014 3:20 PM |
| **To:** | 'Ez Lease Property Management L' |
| **Cc:** | Thompson, Lauri S. (Shld-LV-IP-Tech); Laraine Burrell (BurrellL@gtlaw.com) |
| **Subject:** | RE: Registered: Hakkasan - EZ Lease - LEGAL NOTICE |

Thank you for your cooperation in transferring the <mgmhakkasan.com> domain name.  However, we will not withdraw the judgment and we will continue with our efforts to enforce that judgment by all available means, unless and until you provide our client with an acceptable settlement.  If you recall, we contacted you multiple times before filing the lawsuit about your unlawful use and registration of the domain names at issue.  Unfortunately these communications were unproductive as your response was to offer to sell the domain names to Hakkasan for $2,000,000.  Your actions left our client with no other option than to proceed with litigation.  Hakkasan now has a federal judgment against your company.  It is clear that you do not understand the law or the legal process in general, therefore, it would be wise for you to retain counsel at this point.

**Shauna Norton**
Associate
Greenberg Traurig, LLP | Suite 400 North
3773 Howard Hughes Parkway | Las Vegas, Nevada 89169
Tel 702.599.8011 | Fax 702.792.9002
nortons@gtlaw.com | www.gtlaw.com



ALBANY  ·  AMSTERDAM  ·  ATLANTA  ·  AUSTIN  ·  BOSTON  ·  CHICAGO  ·  DALLAS  ·  DELAWARE  ·  DENVER  ·  FORT LAUDERDALE  ·  HOUSTON  ·  LAS VEGAS  ·  LONDON*  ·  LOS ANGELES  ·  MEXICO CITY+  ·  MIAMI  ·  NEW JERSEY  ·  NEW YORK  ·  NORTHERN VIRGINIA  ·  ORANGE COUNTY  ·  ORLANDO  ·  PALM BEACH COUNTY  ·  PHILADELPHIA  ·  PHOENIX  ·  SACRAMENTO  ·  SAN FRANCISCO  ·  SEOUL*  ·  SHANGHAI  ·  SILICON VALLEY  ·  TALLAHASSEE  ·  TAMPA  ·  TEL AVIV*  ·  WARSAW*  ·  WASHINGTON, D.C.  ·  WESTCHESTER COUNTY
*LONDON: OPERATES AS GREENBERG TRAURIG MAHER LLP; MEXICO CITY: OPERATES AS GREENBERG TRAURIG, S.C.; SEOUL: OPERATED BY GREENBERG TRAURIG LLP FOREIGN LEGAL CONSULTANT OFFICE; TEL AVIV: A BRANCH OF GREENBERG TRAURIG, P.A., FLORIDA, USA; WARSAW: OPERATES AS GREENBERG TRAURIG GRZESIAK SP.K.

PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS EMAIL

**From:** Ez Lease Property Management L [mailto:ezlease_propertys@yahoo.com]
**Sent:** Sunday, December 14, 2014 1:37 AM
**To:** Norton, Shauna (Assoc-LV-IP-Tech)
**Subject:** Re: Registered: Hakkasan - EZ Lease - LEGAL NOTICE

In regard to this domain name MGMHAKKASAN.COM we have contacted the domain company network solutions for the transfer of this domain name to you!! But we want you to withdrawal you're judgement upon transfer which is completely false!! This domain was not ever purchased to infringed or bought to sell back to MGM OR HAKKASAN they were only purchase to promote the new night clubs on a website that we no longer have that were coming to Las Vegas!! You do not have any proof of cyber squatting or any emails to either company asking for the purchase of these domain names by your company!! The domain name MGMHAKKASAN.COM should have expired from us April of 2014 but network solutions took it upon themselves to renew this domain main name without our knowledge! We did not even know that we were still the owners of this domain name until now! This domain name has not been advertised in any way by us and we have not done any infringing of any kind regarding any of your domain names!! There has been no monetary gain or any confusion caused from any of these domain names so you're judgement and demands are completely false!!

If any demands are falsely awarded to you we will contact our lawyers and sue you for defamation! We are closing the account with the company network solutions that this domain name belongs to and are hosting, so we need your

domain hosting information so we can start the transfer of this domain name!! There are no other domain names that belongs to use regarding this name!

We await you information to start transfer!!

Ez Lease Property Management LLC
ezlease_propertys@yahoo.com


On Friday, December 12, 2014 11:44 AM, "ezlease_propertys@yahoo.com" <ezlease_propertys@yahoo.com> wrote:


This domain shouldn't have been renewed! It appears that domain company took upon itself to renew this domain! We will transfer! We didn't even know we still owned it so contacting us first will have save you and the company you represent alot of time and money! We will see what it takes to make transfer!

Sent from my iPhone

On Dec 12, 2014, at 11:33 AM, <nortons@gtlaw.com> wrote:

> Our client will not pay you for a domain name that you illegally registered in the first place and that you continued to own in violation of the court's order.
>
> Shauna  Norton
> Associate
> Greenberg Traurig, LLP  | Suite 400 North
> 3773 Howard Hughes Parkway  | Las Vegas, Nevada  89169
> Tel 702.599.8011  | Fax 702.792.9002
> nortons@gtlaw.com | www.gtlaw.com
>
>
ALBANY  ·  AMSTERDAM  ·  ATLANTA  ·  AUSTIN  ·  BOSTON  ·  CHICAGO  ·  DALLAS  ·  DELAW
ARE  ·  DENVER  ·  FORT LAUDERDALE  ·  HOUSTON  ·  LAS VEGAS  ·  LONDON*  ·  LOS
ANGELES  ·  MEXICO CITY*  ·  MIAMI  ·  NEW JERSEY  ·  NEW YORK  ·  NORTHERN
VIRGINIA  ·  ORANGE COUNTY  ·  ORLANDO  ·  PALM BEACH
COUNTY  ·  PHILADELPHIA  ·  PHOENIX  ·  SACRAMENTO  ·  SAN
FRANCISCO  ·  SEOUL*  ·  SHANGHAI  ·  SILICON VALLEY  ·  TALLAHASSEE  ·  TAMPA  ·  TEL
AVIV*  ·  WARSAW*  ·  WASHINGTON, D.C.  ·  WESTCHESTER COUNTY
> *LONDON: OPERATES AS GREENBERG TRAURIG MAHER LLP; MEXICO CITY: OPERATES AS GREENBERG TRAURIG, S.C.; SEOUL: OPERATED BY GREENBERG TRAURIG LLP FOREIGN LEGAL CONSULTANT OFFICE; TEL AVIV: A BRANCH OF GREENBERG TRAURIG, P.A., FLORIDA, USA; WARSAW: OPERATES AS GREENBERG TRAURIG GRZESIAK SP.K.
>
> PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS EMAIL
>
> -----Original Message-----
> From: ezlease_propertys@yahoo.com [mailto:ezlease_propertys@yahoo.com]
> Sent: Friday, December 12, 2014 11:26 AM
> To: Norton, Shauna (Assoc-LV-IP-Tech)
> Subject: Re: Registered: Hakkasan - EZ Lease - LEGAL NOTICE
>

> Ok we have received information regarding this domain! Are you will to pay the price that was paid for this domain?
>
> Sent from my iPhone
>
> On Dec 12, 2014, at 11:06 AM, <nortons@gtlaw.com> wrote:
>
>> Actually, if you give us the account information and password, we can carry out the transfer.
>>
>> Shauna  Norton
>> Associate
>> Greenberg Traurig, LLP  | Suite 400 North
>> 3773 Howard Hughes Parkway  | Las Vegas, Nevada  89169 Tel
>> 702.599.8011  | Fax 702.792.9002 nortons@gtlaw.com | www.gtlaw.com
>>
>>

ALBANY  ·  AMSTERDAM  ·  ATLANTA  ·  AUSTIN  ·  BOSTON  ·  CHICAGO  ·  DALLAS  ·  DELAWARE  ·  DENVER  ·  FORT LAUDERDALE  ·  HOUSTON  ·  LAS VEGAS  ·  LONDON*  ·  LOS ANGELES  ·  MEXICO CITY*  ·  MIAMI  ·  NEW JERSEY  ·  NEW YORK  ·  NORTHERN VIRGINIA  ·  ORANGE COUNTY  ·  ORLANDO  ·  PALM BEACH COUNTY  ·  PHILADELPHIA  ·  PHOENIX  ·  SACRAMENTO  ·  SAN FRANCISCO  ·  SEOUL*  ·  SHANGHAI  ·  SILICON VALLEY  ·  TALLAHASSEE  ·  TAMPA   ·  TEL AVIV*  ·  WARSAW*  ·  WASHINGTON, D.C.  ·  WESTCHESTER COUNTY

>> *LONDON: OPERATES AS GREENBERG TRAURIG MAHER LLP; MEXICO CITY: OPERATES AS GREENBERG TRAURIG, S.C.; SEOUL: OPERATED BY GREENBERG TRAURIG LLP FOREIGN LEGAL CONSULTANT OFFICE; TEL AVIV: A BRANCH OF GREENBERG TRAURIG, P.A., FLORIDA, USA; WARSAW: OPERATES AS GREENBERG TRAURIG GRZESIAK SP.K.
>>
>> PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS EMAIL
>>
>> -----Original Message-----
>> From: Norton, Shauna (Assoc-LV-IP-Tech)
>> Sent: Friday, December 12, 2014 10:59 AM
>> To: 'ezlease_propertys@yahoo.com'
>> Cc: Thompson, Lauri S. (Shld-LV-IP-Tech); Burrell, Laraine
>> (Assoc-LV-LT); Ney, Cynthia (Para-LV-LT); Ferrer-Garcia, Claudia Y.
>> (BStf-LV-IP-Tech)
>> Subject: RE: Registered: Hakkasan - EZ Lease - LEGAL NOTICE
>>
>> To transfer the domain name, you will need to unlock the domain name
>> and change the administrative contact email address to
>> domainsupport@gtlaw.com.  In addition, please note that the court's
>> order (attached) prohibits you from owning ANY domain names containing
>> our client's HAKKASAN trademark.  Therefore, if there are any other
>> domain names that you own that contain the HAKKASAN mark in any
>> variation, you are required to transfer those as well. Thanks,
>>
>> Shauna
>>
>> Shauna  Norton
>> Associate

>> Greenberg Traurig, LLP  | Suite 400 North
>> 3773 Howard Hughes Parkway | Las Vegas, Nevada  89169 Tel
>> 702.599.8011  | Fax 702.792.9002 nortons@gtlaw.com | www.gtlaw.com
>>
>>
ALBANY  ·  AMSTERDAM  ·  ATLANTA  ·  AUSTIN  ·  BOSTON  ·  CHICAGO  ·  DALLAS  ·  DELAW
ARE  ·  DENVER  ·  FORT LAUDERDALE  ·  HOUSTON  ·  LAS VEGAS  ·  LONDON*  ·  LOS
ANGELES  ·  MEXICO CITY*  ·  MIAMI  ·  NEW JERSEY  ·  NEW YORK  ·  NORTHERN
VIRGINIA  ·  ORANGE COUNTY  ·  ORLANDO  ·  PALM BEACH
COUNTY  ·  PHILADELPHIA  ·  PHOENIX  ·  SACRAMENTO  ·  SAN
FRANCISCO  ·  SEOUL*  ·  SHANGHAI  ·  SILICON VALLEY  ·  TALLAHASSEE  ·  TAMPA   ·  TEL
AVIV*  ·  WARSAW*  ·  WASHINGTON, D.C.  ·  WESTCHESTER COUNTY
>> *LONDON: OPERATES AS GREENBERG TRAURIG MAHER LLP; MEXICO CITY: OPERATES
AS GREENBERG TRAURIG, S.C.; SEOUL: OPERATED BY GREENBERG TRAURIG LLP
FOREIGN LEGAL CONSULTANT OFFICE; TEL AVIV: A BRANCH OF GREENBERG TRAURIG,
P.A., FLORIDA, USA; WARSAW: OPERATES AS GREENBERG TRAURIG GRZESIAK SP.K.
>>
>> PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS EMAIL
>>
>> -----Original Message-----
>> From: ezlease_propertys@yahoo.com [mailto:ezlease_propertys@yahoo.com]
>> Sent: Friday, December 12, 2014 10:53 AM
>> To: Norton, Shauna (Assoc-LV-IP-Tech)
>> Subject: Re: Registered: Hakkasan - EZ Lease - LEGAL NOTICE
>>
>> We are looking into this now! From our understanding we do not own this domain name! We think
the domain company has made a mistake send us your transfer information and we will have them
transfer this domain name to you or they will contact you regarding this matter!
>>
>> Sent from my iPhone
>>
>> On Dec 12, 2014, at 9:52 AM, <nortons@gtlaw.com> wrote:
>>
>>> We have identified another infringing domain name containing our client's trademark that is
owned by your company.  We request that you immediately transfer the domain name to our law
firm.  If you are unwilling to do this then we will be forced to seek additional relief from the Court
which will add at least $100,000 in statutory damages to our client's judgment.  Thank you.
>>>
>>> Shauna  Norton
>>> Associate
>>> Greenberg Traurig, LLP  | Suite 400 North
>>> 3773 Howard Hughes Parkway  | Las Vegas, Nevada  89169 Tel
>>> 702.599.8011  | Fax 702.792.9002 nortons@gtlaw.com | www.gtlaw.com
>>>
>>>
ALBANY  ·  AMSTERDAM  ·  ATLANTA  ·  AUSTIN  ·  BOSTON  ·  CHICAGO  ·  DALLAS  ·  DELAW
ARE  ·  DENVER  ·  FORT LAUDERDALE  ·  HOUSTON  ·  LAS VEGAS  ·  LONDON*  ·  LOS
ANGELES  ·  MEXICO CITY*  ·  MIAMI  ·  NEW JERSEY  ·  NEW YORK  ·  NORTHERN
VIRGINIA  ·  ORANGE COUNTY  ·  ORLANDO  ·  PALM BEACH
COUNTY  ·  PHILADELPHIA  ·  PHOENIX  ·  SACRAMENTO  ·  SAN
FRANCISCO  ·  SEOUL*  ·  SHANGHAI  ·  SILICON VALLEY  ·  TALLAHASSEE  ·  TAMPA   ·  TEL

AVIV*   ·  WARSAW*  ·  WASHINGTON, D.C.  ·  WESTCHESTER COUNTY
>>> *LONDON: OPERATES AS GREENBERG TRAURIG MAHER LLP; MEXICO CITY: OPERATES
AS GREENBERG TRAURIG, S.C.; SEOUL: OPERATED BY GREENBERG TRAURIG LLP
FOREIGN LEGAL CONSULTANT OFFICE; TEL AVIV: A BRANCH OF GREENBERG TRAURIG,
P.A., FLORIDA, USA; WARSAW: OPERATES AS GREENBERG TRAURIG GRZESIAK SP.K.
>>>
>>> PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS EMAIL
>>>
>>> -----Original Message-----
>>> From: ezlease_propertys@yahoo.com
>>> [mailto:ezlease_propertys@yahoo.com]
>>> Sent: Thursday, December 11, 2014 9:21 PM
>>> To: Norton, Shauna (Assoc-LV-IP-Tech)
>>> Subject: Re: Registered: Hakkasan - EZ Lease - LEGAL NOTICE
>>>
>>> I or anyone from my company is not appearing in no ones court! We do
>>> not own any domains of this name or have made any financial  gain
>>> from this so you are wasting your time and your money filing this!
>>> Good bye
>>>
>>> Sent from my iPhone
>>>
>>> On Dec 11, 2014, at 8:21 PM, <nortons@gtlaw.com> wrote:
>>>
>>>> Sir,
>>>>
>>>> We will not debate the merits of the case with you at this juncture.
>>>> Our client has a federal court judgment against your company and has
>>>> instructed us to proceed with enforcement of its judgement.
>>>> Accordingly, among other things, we will be deposing the person most
>>>> knowledgeable of the company. Please note that failure to appear is
>>>> a direct violation of a court order and may result in your being
>>>> held in contempt of court. Thank you,
>>>>
>>>> Shauna
>>>>
>>>> Sent from my iPhone
>>>>
>>>>
>>>> From:
>>>> ezlease_propertys@yahoo.com<mailto:ezlease_propertys@yahoo.com>
>>>> [mailto:ezlease_propertys@yahoo.com]
>>>> Sent: Thursday, December 11, 2014 4:19 PM
>>>> To: Ney, Cynthia (Para-LV-LT)
>>>> Subject: Re: Registered: Hakkasan - EZ Lease - LEGAL NOTICE
>>>>
>>>> I or our company does not own this domain name!!! Please check your findings!
>>>>
>>>> Sent from my iPhone
>>>>
>>>> On Dec 11, 2014, at 4:07 PM, "neyc@gtlaw.com<mailto:neyc@gtlaw.com>"

<neyc@gtlaw.com<mailto:neyc@gtlaw.com>> wrote:

>>>> [***RPost Registered Email***]

>>>>

>>>>

>>>>

>>>> This is a Registered Email® message from neyc@gtlaw.com<mailto:neyc@gtlaw.com>.

>>>>

>>>> _____

>>>>

>>>> Attached please find an order issued by the court setting a judgment debtor's examination for January 7, 2014 which requires your attention.  Thank you.

>>>>

>>>> Cynthia Ney

>>>> Paralegal

>>>> Greenberg Traurig, LLP | Suite 400 North

>>>> 3773 Howard Hughes Parkway | Las Vegas, Nevada 89169 Tel

>>>> 702.599.8009 neyc@gtlaw.com<mailto:neyc@gtlaw.com> |

>>>> www.gtlaw.com<http://www.gtlaw.com/>

>>>>

>>>> <image001.jpg>

>>>>

>>>>

>>>>

>>>> _____

>>>> If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com<mailto:postmaster@gtlaw.com>, and do not use or disseminate such information.

>>>> _____

>>>>

>>>>

>>>> Click here<https://rmail.rpost.com/RMAIL/autologin.aspx?rr=40DA25FF> to send a Registered Email® message to anyone.

>>>>

>>>> [http://open.rpost.net/5AADFFD7DD94808C4D26DFA8D988A7BFC863CC9E-1_C2

>>>> 5

>>>> 6 9658EE25C1EEDB240A7DAEB03AC6176F0933/rpost.gif]

>>>> <026 - order setting exam (EZ Lease) (with attachment).pdf>

>>>> <image001.jpg>

>>> <Whois mgmhakkasan.pdf>

# EXHIBIT 1-J

**Ney, Cynthia (Para-LV-LT)**

| | |
|---|---|
| **From:** | Ez Lease Property Management L <ezlease_propertys@yahoo.com> |
| **Sent:** | Monday, December 15, 2014 9:24 PM |
| **To:** | Norton, Shauna (Assoc-LV-IP-Tech) |
| **Cc:** | Thompson, Lauri S. (Shld-LV-IP-Tech); Burrell, Laraine (Assoc-LV-LT) |
| **Subject:** | Re: Registered: Hakkasan - EZ Lease - LEGAL NOTICE |

Due to your last email to us, we have contacted our legal team and sent them all of our correspondence that we have had! They have informed us that you have already done some illegal tactics that you should have not done regarding this case!! Just know we are going to fight you on this! You will pay for your illegal tactics that you have done and are doing! The offer that was made to you, was an offer after you people had contacted us with treats!! And it was an offer on domains we did not even own at the time!! So you do not have a case regarding that! But upon our appeal and our counter suit everything will come out!! You people are ruthless and are wrong for what you are doing!! You did not contact us concerning this last domain name MGMHAKKASAN.COM until after you filed a judgement and that is wrong!! But we will let our legal team handle this from now on in!! Your bullying and ruthless tactics will come back to hunt you!! People like you should get what you deserve!! You think you can do whatever you want, and you think because we didn't know the law you could bully us!! But we will see who comes out on top!! Just know that for every dollar we spend you and your clients will spend 10 times as many!! We will not be sending anymore emails to you!! We will see you in court as they say!!;) You are not above the law!!

Ez Lease Property Management LLC
ezlease_propertys@yahoo.com


On Monday, December 15, 2014 4:02 PM, "ezlease_propertys@yahoo.com" <ezlease_propertys@yahoo.com> wrote:


Well you people are nothing but piece of shit crooks and you can do whatever you want! There was no money ever made from these domain names and you will not get a dime from us! We will shut down our business before we give you something for nothing!! You people will get you're karma for this! So do what you want because that is what kind of crooks you are! But don't let your greed slap you back in the face!! Ever dog has it's day so you do what you have to do! We are not going to spend any unnecessary money to fight a case you don't even have! You got the domains not let your greed get the best of you because we don't know the law, but we have lawyers that do! No good pieces of shit!! Ya I said it!!

Sent from my iPhone

On Dec 15, 2014, at 3:20 PM, <nortons@gtlaw.com> wrote:

> Thank you for your cooperation in transferring the <mgmhakkasan.com> domain name.  However, we will not withdraw the judgment and we will continue with our efforts to enforce that judgment by all available means, unless and until you provide our client with an acceptable settlement.  If you recall, we contacted you multiple times before filing the lawsuit about your unlawful use and registration of the domain names at issue.  Unfortunately these communications were unproductive as your response was to offer to sell the domain names to Hakkasan for $2,000,000.  Your actions left our client with no other option than to proceed with litigation.  Hakkasan now has a federal judgment against your company.  It is clear that you do not understand the law or the legal process in general, therefore, it would be wise for you to retain counsel at this point.

**Shauna Norton**
Associate
Greenberg Traurig, LLP | Suite 400 North
3773 Howard Hughes Parkway | Las Vegas, Nevada 89169
Tel 702.599.8011 | Fax 702.792.9002
nortons@gtlaw.com | www.gtlaw.com

<image001.jpg>

ALBANY · AMSTERDAM · ATLANTA · AUSTIN · BOSTON · CHICAGO · DALLAS · DELAWARE · DENVER · FORT
LAUDERDALE · HOUSTON · LAS VEGAS · LONDON* · LOS ANGELES · MEXICO CITY* · MIAMI · NEW JERSEY · NEW
YORK · NORTHERN VIRGINIA · ORANGE COUNTY · ORLANDO · PALM BEACH
COUNTY · PHILADELPHIA · PHOENIX · SACRAMENTO · SAN FRANCISCO · SEOUL* · SHANGHAI · SILICON
VALLEY · TALLAHASSEE · TAMPA · TEL AVIV* · WARSAW* · WASHINGTON, D.C. · WESTCHESTER COUNTY
*LONDON: OPERATES AS GREENBERG TRAURIG MAHER LLP; MEXICO CITY: OPERATES AS GREENBERG TRAURIG, S.C.; SEOUL:
OPERATED BY GREENBERG TRAURIG LLP FOREIGN LEGAL CONSULTANT OFFICE; TEL AVIV: A BRANCH OF GREENBERG TRAURIG, P.A.,
FLORIDA, USA; WARSAW: OPERATES AS GREENBERG TRAURIG GRZESIAK SP.K.

PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS EMAIL

---

**From:** Ez Lease Property Management L [mailto:ezlease_propertys@yahoo.com]
**Sent:** Sunday, December 14, 2014 1:37 AM
**To:** Norton, Shauna (Assoc-LV-IP-Tech)
**Subject:** Re: Registered: Hakkasan - EZ Lease - LEGAL NOTICE

In regard to this domain name MGMHAKKASAN.COM we have contacted the domain company
network solutions for the transfer of this domain name to you!! But we want you to withdrawal you're
judgement upon transfer which is completely false!! This domain was not ever purchased to infringed
or bought to sell back to MGM OR HAKKASAN they were only purchase to promote the new night
clubs on a website that we no longer have that were coming to Las Vegas!! You do not have any
proof of cyber squatting or any emails to either company asking for the purchase of these domain
names by your company!! The domain name MGMHAKKASAN.COM should have expired from us
April of 2014 but network solutions took it upon themselves to renew this domain main name without
our knowledge! We did not even know that we were still the owners of this domain name until now!
This domain name has not been advertised in any way by us and we have not done any infringing of
any kind regarding any of your domain names!! There has been no monetary gain or any confusion
caused from any of these domain names so you're judgement and demands are completely false!!


If any demands are falsely awarded to you we will contact our lawyers and sue you for defamation!
We are closing the account with the company network solutions that this domain name belongs to
and are hosting, so we need your domain hosting information so we can start the transfer of this
domain name!! There are no other domain names that belongs to use regarding this name!

We await you information to start transfer!!

Ez Lease Property Management LLC
ezlease_propertys@yahoo.com


On Friday, December 12, 2014 11:44 AM, "ezlease_propertys@yahoo.com"
<ezlease_propertys@yahoo.com> wrote:


This domain shouldn't have been renewed! It appears that domain company took upon
itself to renew this domain! We will transfer! We didn't even know we still owned it so
contacting us first will have save you and the company you represent alot of time and
money! We will see what it takes to make transfer!

Sent from my iPhone

On Dec 12, 2014, at 11:33 AM, <nortons@gtlaw.com> wrote:

> Our client will not pay you for a domain name that you illegally registered in the first place and that you continued to own in violation of the court's order.
>
> Shauna  Norton
> Associate
> Greenberg Traurig, LLP  | Suite 400 North
> 3773 Howard Hughes Parkway  | Las Vegas, Nevada  89169
> Tel 702.599.8011  | Fax 702.792.9002
> nortons@gtlaw.com | www.gtlaw.com
>
>
ALBANY  ·  AMSTERDAM  ·  ATLANTA  ·  AUSTIN  ·  BOSTON  ·  CHICAGO  ·  DALLAS  ·  DELAWARE  ·  DENVER  ·  FORT LAUDERDALE  ·  HOUSTON  ·  LAS VEGAS  ·  LONDON*  ·  LOS ANGELES  ·  MEXICO CITY*  ·  MIAMI  ·  NEW JERSEY  ·  NEW YORK  ·  NORTHERN VIRGINIA  ·  ORANGE COUNTY  ·  ORLANDO  ·  PALM BEACH COUNTY  ·  PHILADELPHIA  ·  PHOENIX  ·  SACRAMENTO  ·  SAN FRANCISCO  ·  SEOUL*  ·  SHANGHAI  ·  SILICON VALLEY  ·  TALLAHASSEE  ·  TAMPA  ·  TEL AVIV*  ·  WARSAW*  ·  WASHINGTON, D.C.  ·  WESTCHESTER COUNTY
> *LONDON: OPERATES AS GREENBERG TRAURIG MAHER LLP; MEXICO CITY: OPERATES AS GREENBERG TRAURIG, S.C.; SEOUL: OPERATED BY GREENBERG TRAURIG LLP FOREIGN LEGAL CONSULTANT OFFICE; TEL AVIV: A BRANCH OF GREENBERG TRAURIG, P.A., FLORIDA, USA; WARSAW: OPERATES AS GREENBERG TRAURIG GRZESIAK SP.K.
>
> PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS EMAIL
>
> -----Original Message-----
> From: ezlease_propertys@yahoo.com [mailto:ezlease_propertys@yahoo.com]
> Sent: Friday, December 12, 2014 11:26 AM
> To: Norton, Shauna (Assoc-LV-IP-Tech)
> Subject: Re: Registered: Hakkasan - EZ Lease - LEGAL NOTICE
>
> Ok we have received information regarding this domain! Are you will to pay the price that was paid for this domain?
>
> Sent from my iPhone
>
> On Dec 12, 2014, at 11:06 AM, <nortons@gtlaw.com> wrote:
>
>> Actually, if you give us the account information and password, we can carry out the transfer.
>>
>> Shauna  Norton
>> Associate
>> Greenberg Traurig, LLP  | Suite 400 North
>> 3773 Howard Hughes Parkway  | Las Vegas, Nevada  89169 Tel

3

>> 702.599.8011 | Fax 702.792.9002 nortons@gtlaw.com | www.gtlaw.com
>>
>>
ALBANY · AMSTERDAM · ATLANTA · AUSTIN · BOSTON · CHICAGO · DALL
AS · DELAWARE · DENVER · FORT LAUDERDALE · HOUSTON · LAS
VEGAS · LONDON* · LOS ANGELES · MEXICO CITY* · MIAMI · NEW
JERSEY · NEW YORK · NORTHERN VIRGINIA · ORANGE
COUNTY · ORLANDO · PALM BEACH
COUNTY · PHILADELPHIA · PHOENIX · SACRAMENTO · SAN
FRANCISCO · SEOUL* · SHANGHAI · SILICON
VALLEY · TALLAHASSEE · TAMPA · TEL
AVIV* · WARSAW* · WASHINGTON, D.C. · WESTCHESTER COUNTY
>> *LONDON: OPERATES AS GREENBERG TRAURIG MAHER LLP; MEXICO CITY:
OPERATES AS GREENBERG TRAURIG, S.C.; SEOUL: OPERATED BY
GREENBERG TRAURIG LLP FOREIGN LEGAL CONSULTANT OFFICE; TEL AVIV: A
BRANCH OF GREENBERG TRAURIG, P.A., FLORIDA, USA; WARSAW: OPERATES
AS GREENBERG TRAURIG GRZESIAK SP.K.
>>
>> PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS EMAIL
>>
>> -----Original Message-----
>> From: Norton, Shauna (Assoc-LV-IP-Tech)
>> Sent: Friday, December 12, 2014 10:59 AM
>> To: 'ezlease_propertys@yahoo.com'
>> Cc: Thompson, Lauri S. (Shld-LV-IP-Tech); Burrell, Laraine
>> (Assoc-LV-LT); Ney, Cynthia (Para-LV-LT); Ferrer-Garcia, Claudia Y.
>> (BStf-LV-IP-Tech)
>> Subject: RE: Registered: Hakkasan - EZ Lease - LEGAL NOTICE
>>
>> To transfer the domain name, you will need to unlock the domain name
>> and change the administrative contact email address to
>> domainsupport@gtlaw.com.  In addition, please note that the court's
>> order (attached) prohibits you from owning ANY domain names containing
>> our client's HAKKASAN trademark.  Therefore, if there are any other
>> domain names that you own that contain the HAKKASAN mark in any
>> variation, you are required to transfer those as well. Thanks,
>>
>> Shauna
>>
>> Shauna  Norton
>> Associate
>> Greenberg Traurig, LLP | Suite 400 North
>> 3773 Howard Hughes Parkway | Las Vegas, Nevada  89169 Tel
>> 702.599.8011 | Fax 702.792.9002 nortons@gtlaw.com | www.gtlaw.com
>>
>>
ALBANY · AMSTERDAM · ATLANTA · AUSTIN · BOSTON · CHICAGO · DALL
AS · DELAWARE · DENVER · FORT LAUDERDALE · HOUSTON · LAS
VEGAS · LONDON* · LOS ANGELES · MEXICO CITY* · MIAMI · NEW
JERSEY · NEW YORK · NORTHERN VIRGINIA · ORANGE
COUNTY · ORLANDO · PALM BEACH

COUNTY  ·  PHILADELPHIA  ·  PHOENIX  ·  SACRAMENTO  ·  SAN
FRANCISCO  ·  SEOUL*  ·  SHANGHAI  ·  SILICON
VALLEY  ·  TALLAHASSEE  ·  TAMPA   ·  TEL
AVIV*   ·  WARSAW*  ·  WASHINGTON, D.C.  ·  WESTCHESTER COUNTY
>> *LONDON: OPERATES AS GREENBERG TRAURIG MAHER LLP; MEXICO CITY:
OPERATES AS GREENBERG TRAURIG, S.C.; SEOUL: OPERATED BY
GREENBERG TRAURIG LLP FOREIGN LEGAL CONSULTANT OFFICE; TEL AVIV: A
BRANCH OF GREENBERG TRAURIG, P.A., FLORIDA, USA; WARSAW: OPERATES
AS GREENBERG TRAURIG GRZESIAK SP.K.
>>
>> PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS EMAIL
>>
>> -----Original Message-----
>> From: ezlease_propertys@yahoo.com [mailto:ezlease_propertys@yahoo.com]
>> Sent: Friday, December 12, 2014 10:53 AM
>> To: Norton, Shauna (Assoc-LV-IP-Tech)
>> Subject: Re: Registered: Hakkasan - EZ Lease - LEGAL NOTICE
>>
>> We are looking into this now! From our understanding we do not own this domain
name! We think the domain company has made a mistake send us your transfer
information and we will have them transfer this domain name to you or they will contact
you regarding this matter!
>>
>> Sent from my iPhone
>>
>> On Dec 12, 2014, at 9:52 AM, <nortons@gtlaw.com> wrote:
>>
>>> We have identified another infringing domain name containing our client's
trademark that is owned by your company.  We request that you immediately transfer
the domain name to our law firm.  If you are unwilling to do this then we will be forced to
seek additional relief from the Court which will add at least $100,000 in statutory
damages to our client's judgment.  Thank you.
>>>
>>> Shauna  Norton
>>> Associate
>>> Greenberg Traurig, LLP  | Suite 400 North
>>> 3773 Howard Hughes Parkway  | Las Vegas, Nevada  89169 Tel
>>> 702.599.8011  | Fax 702.792.9002 nortons@gtlaw.com | www.gtlaw.com
>>>
>>>
ALBANY  ·  AMSTERDAM  ·  ATLANTA  ·  AUSTIN  ·  BOSTON  ·  CHICAGO  ·  DALL
AS  ·  DELAWARE  ·  DENVER  ·  FORT LAUDERDALE  ·  HOUSTON  ·  LAS
VEGAS  ·  LONDON*  ·  LOS ANGELES  ·  MEXICO CITY*  ·  MIAMI  ·  NEW
JERSEY  ·  NEW YORK  ·  NORTHERN VIRGINIA  ·  ORANGE
COUNTY  ·  ORLANDO  ·  PALM BEACH
COUNTY  ·  PHILADELPHIA  ·  PHOENIX  ·  SACRAMENTO  ·  SAN
FRANCISCO  ·  SEOUL*  ·  SHANGHAI  ·  SILICON
VALLEY  ·  TALLAHASSEE  ·  TAMPA   ·  TEL
AVIV*  ·  WARSAW*  ·  WASHINGTON, D.C.  ·  WESTCHESTER COUNTY
>>> *LONDON: OPERATES AS GREENBERG TRAURIG MAHER LLP; MEXICO
CITY: OPERATES AS GREENBERG TRAURIG, S.C.; SEOUL: OPERATED BY

GREENBERG TRAURIG LLP FOREIGN LEGAL CONSULTANT OFFICE; TEL AVIV: A BRANCH OF GREENBERG TRAURIG, P.A., FLORIDA, USA; WARSAW: OPERATES AS GREENBERG TRAURIG GRZESIAK SP.K.

>>>

>>> PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS EMAIL

>>>

>>> -----Original Message-----

>>> From: ezlease_propertys@yahoo.com

>>> [mailto:ezlease_propertys@yahoo.com]

>>> Sent: Thursday, December 11, 2014 9:21 PM

>>> To: Norton, Shauna (Assoc-LV-IP-Tech)

>>> Subject: Re: Registered: Hakkasan - EZ Lease - LEGAL NOTICE

>>>

>>> I or anyone from my company is not appearing in no ones court! We do

>>> not own any domains of this name or have made any financial  gain

>>> from this so you are wasting your time and your money filing this!

>>> Good bye

>>>

>>> Sent from my iPhone

>>>

>>> On Dec 11, 2014, at 8:21 PM, <nortons@gtlaw.com> wrote:

>>>

>>>> Sir,

>>>>

>>>> We will not debate the merits of the case with you at this juncture.

>>>> Our client has a federal court judgment against your company and has

>>>> instructed us to proceed with enforcement of its judgement.

>>>> Accordingly, among other things, we will be deposing the person most

>>>> knowledgeable of the company. Please note that failure to appear is

>>>> a direct violation of a court order and may result in your being

>>>> held in contempt of court. Thank you,

>>>>

>>>> Shauna

>>>>

>>>> Sent from my iPhone

>>>>

>>>>

>>>> From:

>>>> ezlease_propertys@yahoo.com<mailto:ezlease_propertys@yahoo.com>

>>>> [mailto:ezlease_propertys@yahoo.com]

>>>> Sent: Thursday, December 11, 2014 4:19 PM

>>>> To: Ney, Cynthia (Para-LV-LT)

>>>> Subject: Re: Registered: Hakkasan - EZ Lease - LEGAL NOTICE

>>>>

>>>> I or our company does not own this domain name!!! Please check your findings!

>>>>

>>>> Sent from my iPhone

>>>>

>>>> On Dec 11, 2014, at 4:07 PM, "neyc@gtlaw.com<mailto:neyc@gtlaw.com>"

>>>> <neyc@gtlaw.com<mailto:neyc@gtlaw.com>> wrote:

>>>> [***RPost Registered Email***]

>>>>
>>>>
>>>>
>>>> This is a Registered Email® message from
neyc@gtlaw.com<mailto:neyc@gtlaw.com>.
>>>>
>>>> _____
>>>>
>>>> Attached please find an order issued by the court setting a judgment debtor's examination for January 7, 2014 which requires your attention.  Thank you.
>>>>
>>>> Cynthia Ney
>>>> Paralegal
>>>> Greenberg Traurig, LLP | Suite 400 North
>>>> 3773 Howard Hughes Parkway | Las Vegas, Nevada 89169 Tel
>>>> 702.599.8009 neyc@gtlaw.com<mailto:neyc@gtlaw.com> |
>>>> www.gtlaw.com<http://www.gtlaw.com/>
>>>>
>>>> <image001.jpg>
>>>>
>>>>
>>>>
>>>> _____
>>>> If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at
postmaster@gtlaw.com<mailto:postmaster@gtlaw.com>, and do not use or disseminate such information.
>>>> _____
>>>>
>>>>
>>>> Click here<https://rmail.rpost.com/RMAIL/autologin.aspx?rr=40DA25FF> to send a Registered Email® message to anyone.
>>>>
>>>> [http://open.rpost.net/5AADFFD7DD94808C4D26DFA8D988A7BFC863CC9E-1_C2
>>>> 5
>>>> 6 9658EE25C1EEDB240A7DAEB03AC6176F0933/rpost.gif]
>>>> <026 - order setting exam (EZ Lease) (with attachment).pdf>
>>>> <image001.jpg>
>>> <Whois mgmhakkasan.pdf>

# EXHIBIT 1-K

**Ney, Cynthia (Para-LV-LT)**

| | |
|---|---|
| **From:** | ezlease_propertys@yahoo.com |
| **Sent:** | Monday, December 15, 2014 4:02 PM |
| **To:** | Norton, Shauna (Assoc-LV-IP-Tech) |
| **Cc:** | Thompson, Lauri S. (Shld-LV-IP-Tech); Burrell, Laraine (Assoc-LV-LT) |
| **Subject:** | Re: Registered: Hakkasan - EZ Lease - LEGAL NOTICE |

Well you people are nothing but piece of shit crooks and you can do whatever you want! There was no money ever made from these domain names and you will not get a dime from us! We will shut down our business before we give you something for nothing!! You people will get you're karma for this! So do what you want because that is what kind of crooks you are! But don't let your greed slap you back in the face!! Ever dog has it's day so you do what you have to do! We are not going to spend any unnecessary money to fight a case you don't even have! You got the domains not let your greed get the best of you because we don't know the law, but we have lawyers that do! No good pieces of shit!! Ya I said it!!

Sent from my iPhone

On Dec 15, 2014, at 3:20 PM, <nortons@gtlaw.com> wrote:

> Thank you for your cooperation in transferring the <mgmhakkasan.com> domain name.  However, we will not withdraw the judgment and we will continue with our efforts to enforce that judgment by all available means, unless and until you provide our client with an acceptable settlement.  If you recall, we contacted you multiple times before filing the lawsuit about your unlawful use and registration of the domain names at issue.  Unfortunately these communications were unproductive as your response was to offer to sell the domain names to Hakkasan for $2,000,000.  Your actions left our client with no other option than to proceed with litigation.  Hakkasan now has a federal judgment against your company.  It is clear that you do not understand the law or the legal process in general, therefore, it would be wise for you to retain counsel at this point.

> **Shauna Norton**
> Associate
> Greenberg Traurig, LLP | Suite 400 North
> 3773 Howard Hughes Parkway | Las Vegas, Nevada 89169
> Tel 702.599.8011 | Fax 702.792.9002

> nortons@gtlaw.com | www.gtlaw.com

> <image001.jpg>

> ALBANY · AMSTERDAM · ATLANTA · AUSTIN · BOSTON · CHICAGO · DALLAS · DELAWARE · DENVER · FORT LAUDERDALE · HOUSTON · LAS VEGAS · LONDON* · LOS ANGELES · MEXICO CITY* · MIAMI · NEW JERSEY · NEW YORK · NORTHERN VIRGINIA · ORANGE COUNTY · ORLANDO · PALM BEACH COUNTY · PHILADELPHIA · PHOENIX · SACRAMENTO · SAN FRANCISCO · SEOUL* · SHANGHAI · SILICON VALLEY · TALLAHASSEE · TAMPA · TEL AVIV* · WARSAW* · WASHINGTON, D.C. · WESTCHESTER COUNTY
> *LONDON: OPERATES AS GREENBERG TRAURIG MAHER LLP; MEXICO CITY: OPERATES AS GREENBERG TRAURIG, S.C.; SEOUL: OPERATED BY GREENBERG TRAURIG LLP FOREIGN LEGAL CONSULTANT OFFICE; TEL AVIV: A BRANCH OF GREENBERG TRAURIG, P.A., FLORIDA, USA; WARSAW: OPERATES AS GREENBERG TRAURIG GRZESIAK SP.K.

> PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS EMAIL

**From:** Ez Lease Property Management L [mailto:ezlease_propertys@yahoo.com]
**Sent:** Sunday, December 14, 2014 1:37 AM
**To:** Norton, Shauna (Assoc-LV-IP-Tech)
**Subject:** Re: Registered: Hakkasan - EZ Lease - LEGAL NOTICE


In regard to this domain name MGMHAKKASAN.COM we have contacted the domain company network solutions for the transfer of this domain name to you!! But we want you to withdrawal you're judgement upon transfer which is completely false!! This domain was not ever purchased to infringed or bought to sell back to MGM OR HAKKASAN they were only purchase to promote the new night clubs on a website that we no longer have that were coming to Las Vegas!! You do not have any proof of cyber squatting or any emails to either company asking for the purchase of these domain names by your company!! The domain name MGMHAKKASAN.COM should have expired from us April of 2014 but network solutions took it upon themselves to renew this domain main name without our knowledge! We did not even know that we were still the owners of this domain name until now! This domain name has not been advertised in any way by us and we have not done any infringing of any kind regarding any of your domain names!! There has been no monetary gain or any confusion caused from any of these domain names so you're judgement and demands are completely false!!




If any demands are falsely awarded to you we will contact our lawyers and sue you for defamation! We are closing the account with the company network solutions that this domain name belongs to and are hosting, so we need your domain hosting information so we can start the transfer of this domain name!! There are no other domain names that belongs to use regarding this name!


We await you information to start transfer!!



Ez Lease Property Management LLC
ezlease_propertys@yahoo.com



On Friday, December 12, 2014 11:44 AM, "ezlease_propertys@yahoo.com"
<ezlease_propertys@yahoo.com> wrote:



This domain shouldn't have been renewed! It appears that domain company took upon itself to renew this domain! We will transfer! We didn't even know we still owned it so contacting us first will have save you and the company you represent alot of time and money! We will see what it takes to make transfer!

Sent from my iPhone


On Dec 12, 2014, at 11:33 AM, <nortons@gtlaw.com> wrote:

> Our client will not pay you for a domain name that you illegally registered in the first place and that you continued to own in violation of the court's order.
>
> Shauna  Norton
> Associate
> Greenberg Traurig, LLP  | Suite 400 North
> 3773 Howard Hughes Parkway  | Las Vegas, Nevada  89169
> Tel 702.599.8011  | Fax 702.792.9002
> nortons@gtlaw.com | www.gtlaw.com
>
>
ALBANY  ·  AMSTERDAM  ·  ATLANTA  ·  AUSTIN  ·  BOSTON  ·  CHICAGO  ·  DALLAS  ·  DELAWARE  ·  DENVER  ·  FORT LAUDERDALE  ·  HOUSTON  ·  LAS VEGAS  ·  LONDON*  ·  LOS ANGELES  ·  MEXICO CITY*  ·  MIAMI  ·  NEW JERSEY  ·  NEW YORK  ·  NORTHERN VIRGINIA  ·  ORANGE COUNTY  ·  ORLANDO  ·  PALM BEACH COUNTY  ·  PHILADELPHIA  ·  PHOENIX  ·  SACRAMENTO  ·  SAN FRANCISCO  ·  SEOUL*  ·  SHANGHAI  ·  SILICON VALLEY  ·  TALLAHASSEE  ·  TAMPA  ·  TEL AVIV*   ·  WARSAW*  ·  WASHINGTON, D.C.  ·  WESTCHESTER COUNTY
> *LONDON: OPERATES AS GREENBERG TRAURIG MAHER LLP; MEXICO CITY: OPERATES AS GREENBERG TRAURIG, S.C.; SEOUL: OPERATED BY GREENBERG TRAURIG LLP FOREIGN LEGAL CONSULTANT OFFICE; TEL AVIV: A BRANCH OF GREENBERG TRAURIG, P.A., FLORIDA, USA; WARSAW: OPERATES AS GREENBERG TRAURIG GRZESIAK SP.K.
>
> PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS EMAIL
>
> -----Original Message-----
> From: ezlease_propertys@yahoo.com [mailto:ezlease_propertys@yahoo.com]
> Sent: Friday, December 12, 2014 11:26 AM
> To: Norton, Shauna (Assoc-LV-IP-Tech)
> Subject: Re: Registered: Hakkasan - EZ Lease - LEGAL NOTICE
>
> Ok we have received information regarding this domain! Are you will to pay the price that was paid for this domain?
>
> Sent from my iPhone
>
> On Dec 12, 2014, at 11:06 AM, <nortons@gtlaw.com> wrote:
>
>> Actually, if you give us the account information and password, we can carry out the transfer.
>>
>> Shauna  Norton

3

>> Associate
>> Greenberg Traurig, LLP  | Suite 400 North
>> 3773 Howard Hughes Parkway  | Las Vegas, Nevada  89169 Tel
>> 702.599.8011  | Fax 702.792.9002 nortons@gtlaw.com | www.gtlaw.com
>>
>>
ALBANY  ·  AMSTERDAM  ·  ATLANTA  ·  AUSTIN  ·  BOSTON  ·  CHICAGO  ·  DALL
AS  ·  DELAWARE  ·  DENVER  ·  FORT LAUDERDALE  ·  HOUSTON  ·  LAS
VEGAS  ·  LONDON*  ·  LOS ANGELES  ·  MEXICO CITY*  ·  MIAMI  ·  NEW
JERSEY  ·  NEW YORK  ·  NORTHERN VIRGINIA  ·  ORANGE
COUNTY  ·  ORLANDO  ·  PALM BEACH
COUNTY  ·  PHILADELPHIA  ·  PHOENIX  ·  SACRAMENTO  ·  SAN
FRANCISCO  ·  SEOUL*  ·  SHANGHAI  ·  SILICON
VALLEY  ·  TALLAHASSEE  ·  TAMPA  ·  TEL
AVIV*   ·  WARSAW*  ·  WASHINGTON, D.C.  ·  WESTCHESTER COUNTY
>> *LONDON: OPERATES AS GREENBERG TRAURIG MAHER LLP; MEXICO CITY:
OPERATES AS GREENBERG TRAURIG, S.C.; SEOUL: OPERATED BY
GREENBERG TRAURIG LLP FOREIGN LEGAL CONSULTANT OFFICE; TEL AVIV: A
BRANCH OF GREENBERG TRAURIG, P.A., FLORIDA, USA; WARSAW: OPERATES
AS GREENBERG TRAURIG GRZESIAK SP.K.
>>
>> PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS EMAIL
>>
>> -----Original Message-----
>> From: Norton, Shauna (Assoc-LV-IP-Tech)
>> Sent: Friday, December 12, 2014 10:59 AM
>> To: 'ezlease_propertys@yahoo.com'
>> Cc: Thompson, Lauri S. (Shld-LV-IP-Tech); Burrell, Laraine
>> (Assoc-LV-LT); Ney, Cynthia (Para-LV-LT); Ferrer-Garcia, Claudia Y.
>> (BStf-LV-IP-Tech)
>> Subject: RE: Registered: Hakkasan - EZ Lease - LEGAL NOTICE
>>
>> To transfer the domain name, you will need to unlock the domain name
>> and change the administrative contact email address to
>> domainsupport@gtlaw.com.  In addition, please note that the court's
>> order (attached) prohibits you from owning ANY domain names containing
>> our client's HAKKASAN trademark.  Therefore, if there are any other
>> domain names that you own that contain the HAKKASAN mark in any
>> variation, you are required to transfer those as well. Thanks,
>>
>> Shauna
>>
>> Shauna  Norton
>> Associate
>> Greenberg Traurig, LLP  | Suite 400 North
>> 3773 Howard Hughes Parkway  | Las Vegas, Nevada  89169 Tel
>> 702.599.8011  | Fax 702.792.9002 nortons@gtlaw.com | www.gtlaw.com
>>
>>
ALBANY  ·  AMSTERDAM  ·  ATLANTA  ·  AUSTIN  ·  BOSTON  ·  CHICAGO  ·  DALL
AS  ·  DELAWARE  ·  DENVER  ·  FORT LAUDERDALE  ·  HOUSTON  ·  LAS

VEGAS · LONDON* · LOS ANGELES · MEXICO CITY* · MIAMI · NEW
JERSEY · NEW YORK · NORTHERN VIRGINIA · ORANGE
COUNTY · ORLANDO · PALM BEACH
COUNTY · PHILADELPHIA · PHOENIX · SACRAMENTO · SAN
FRANCISCO · SEOUL* · SHANGHAI · SILICON
VALLEY · TALLAHASSEE · TAMPA · TEL
AVIV* · WARSAW* · WASHINGTON, D.C. · WESTCHESTER COUNTY
>> *LONDON: OPERATES AS GREENBERG TRAURIG MAHER LLP; MEXICO CITY:
OPERATES AS GREENBERG TRAURIG, S.C.; SEOUL: OPERATED BY
GREENBERG TRAURIG LLP FOREIGN LEGAL CONSULTANT OFFICE; TEL AVIV: A
BRANCH OF GREENBERG TRAURIG, P.A., FLORIDA, USA; WARSAW: OPERATES
AS GREENBERG TRAURIG GRZESIAK SP.K.
>>
>> PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS EMAIL
>>
>> -----Original Message-----
>> From: ezlease_propertys@yahoo.com [mailto:ezlease_propertys@yahoo.com]
>> Sent: Friday, December 12, 2014 10:53 AM
>> To: Norton, Shauna (Assoc-LV-IP-Tech)
>> Subject: Re: Registered: Hakkasan - EZ Lease - LEGAL NOTICE
>>
>> We are looking into this now! From our understanding we do not own this domain
name! We think the domain company has made a mistake send us your transfer
information and we will have them transfer this domain name to you or they will contact
you regarding this matter!
>>
>> Sent from my iPhone
>>
>> On Dec 12, 2014, at 9:52 AM, <nortons@gtlaw.com> wrote:
>>
>>> We have identified another infringing domain name containing our client's
trademark that is owned by your company.  We request that you immediately transfer
the domain name to our law firm.  If you are unwilling to do this then we will be forced to
seek additional relief from the Court which will add at least $100,000 in statutory
damages to our client's judgment.  Thank you.
>>>
>>> Shauna  Norton
>>> Associate
>>> Greenberg Traurig, LLP  | Suite 400 North
>>> 3773 Howard Hughes Parkway  | Las Vegas, Nevada  89169 Tel
>>> 702.599.8011  | Fax 702.792.9002 nortons@gtlaw.com | www.gtlaw.com
>>>
>>>
ALBANY · AMSTERDAM · ATLANTA · AUSTIN · BOSTON · CHICAGO · DALL
AS · DELAWARE · DENVER · FORT LAUDERDALE · HOUSTON · LAS
VEGAS · LONDON* · LOS ANGELES · MEXICO CITY* · MIAMI · NEW
JERSEY · NEW YORK · NORTHERN VIRGINIA · ORANGE
COUNTY · ORLANDO · PALM BEACH
COUNTY · PHILADELPHIA · PHOENIX · SACRAMENTO · SAN
FRANCISCO · SEOUL* · SHANGHAI · SILICON
VALLEY · TALLAHASSEE · TAMPA · TEL

AVIV*   ·  WARSAW*  ·  WASHINGTON, D.C.  ·  WESTCHESTER COUNTY
>>> *LONDON: OPERATES AS GREENBERG TRAURIG MAHER LLP; MEXICO
CITY: OPERATES AS GREENBERG TRAURIG, S.C.; SEOUL: OPERATED BY
GREENBERG TRAURIG LLP FOREIGN LEGAL CONSULTANT OFFICE; TEL AVIV: A
BRANCH OF GREENBERG TRAURIG, P.A., FLORIDA, USA; WARSAW: OPERATES
AS GREENBERG TRAURIG GRZESIAK SP.K.
>>>
>>> PLEASE CONSIDER THE ENVIRONMENT BEFORE PRINTING THIS EMAIL
>>>
>>> -----Original Message-----
>>> From: ezlease_propertys@yahoo.com
>>> [mailto:ezlease_propertys@yahoo.com]
>>> Sent: Thursday, December 11, 2014 9:21 PM
>>> To: Norton, Shauna (Assoc-LV-IP-Tech)
>>> Subject: Re: Registered: Hakkasan - EZ Lease - LEGAL NOTICE
>>>
>>> I or anyone from my company is not appearing in no ones court! We do
>>> not own any domains of this name or have made any financial  gain
>>> from this so you are wasting your time and your money filing this!
>>> Good bye
>>>
>>> Sent from my iPhone
>>>
>>> On Dec 11, 2014, at 8:21 PM, <nortons@gtlaw.com> wrote:
>>>
>>>> Sir,
>>>>
>>>> We will not debate the merits of the case with you at this juncture.
>>>> Our client has a federal court judgment against your company and has
>>>> instructed us to proceed with enforcement of its judgement.
>>>> Accordingly, among other things, we will be deposing the person most
>>>> knowledgeable of the company. Please note that failure to appear is
>>>> a direct violation of a court order and may result in your being
>>>> held in contempt of court. Thank you,
>>>>
>>>> Shauna
>>>>
>>>> Sent from my iPhone
>>>>
>>>>
>>>> From:
>>>> ezlease_propertys@yahoo.com<mailto:ezlease_propertys@yahoo.com>
>>>> [mailto:ezlease_propertys@yahoo.com]
>>>> Sent: Thursday, December 11, 2014 4:19 PM
>>>> To: Ney, Cynthia (Para-LV-LT)
>>>> Subject: Re: Registered: Hakkasan - EZ Lease - LEGAL NOTICE
>>>>
>>>> I or our company does not own this domain name!!! Please check your findings!
>>>>
>>>> Sent from my iPhone
>>>>

>>>> On Dec 11, 2014, at 4:07 PM, "neyc@gtlaw.com<mailto:neyc@gtlaw.com>"
<neyc@gtlaw.com<mailto:neyc@gtlaw.com>> wrote:
>>>> [***RPost Registered Email***]
>>>>
>>>>
>>>>
>>>> This is a Registered Email® message from
neyc@gtlaw.com<mailto:neyc@gtlaw.com>.
>>>>
>>>> _____
>>>>
>>>> Attached please find an order issued by the court setting a judgment debtor's
examination for January 7, 2014 which requires your attention.  Thank you.
>>>>
>>>> Cynthia Ney
>>>> Paralegal
>>>> Greenberg Traurig, LLP | Suite 400 North
>>>> 3773 Howard Hughes Parkway | Las Vegas, Nevada 89169 Tel
>>>> 702.599.8009 neyc@gtlaw.com<mailto:neyc@gtlaw.com> |
>>>> www.gtlaw.com<http://www.gtlaw.com/>
>>>>
>>>> <image001.jpg>
>>>>
>>>>
>>>>
>>>> _____
>>>> If you are not an intended recipient of confidential and privileged information in
this email, please delete it, notify us immediately at
postmaster@gtlaw.com<mailto:postmaster@gtlaw.com>, and do not use or disseminate
such information.
>>>> _____
>>>>
>>>>
>>>> Click here<https://rmail.rpost.com/RMAIL/autologin.aspx?rr=40DA25FF> to send
a Registered Email® message to anyone.
>>>>
>>>> [http://open.rpost.net/5AADFFD7DD94808C4D26DFA8D988A7BFC863CC9E-
1_C2
>>>> 5
>>>> 6 9658EE25C1EEDB240A7DAEB03AC6176F0933/rpost.gif]
>>>> <026 - order setting exam (EZ Lease) (with attachment).pdf>
>>>> <image001.jpg>
>>> <Whois mgmhakkasan.pdf>