Lauri S. Thompson
Nevada Bar No. 6846
Peter H. Ajemian
Nevada Bar No. 9491
Shauna L. Norton
Nevada Bar No. 11320
Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
thompsonl@gtlaw.com;
burrelll@gtlaw.com
nortons@gtlaw.com

*Counsel for Plaintiffs*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HAKKASAN LV, LLC, a Nevada limited liability company, HAKKASAN LIMITED, a foreign private limited company,<br><br>Plaintiffs,<br><br>v.<br><br>EZ LEASE PROPERTY MANAGEMENT, LLC, also known as EZ LEASE PROPERTYS, a Nevada limited liability company,<br><br>Defendant. | Case No.: 2:14-cv-00798-APG-GWF<br><br>**ORDER GRANTING MOTION FOR ATTORNEYS' FEES AND COSTS AND CONFIRMATION OF MAGISTRATE JUDGE'S FINDINGS** |

On November 6, 2015, Plaintiffs Hakkasan LV, LLC and Hakkasan Limited ("Plaintiffs") filed their Memorandum for Attorneys' Fees and Costs [Doc. No. 47] ("Memorandum") with this Court seeking their reasonable attorneys' fees and costs incurred in connection with the failure of Dale Keith Crawford to appear for his properly noticed subpoena deposition and for having to bring their subsequent Motion for an Order to Show Cause why Mr. Crawford should not be held in contempt. This Court, having reviewed and considered, the recommendations of Magistrate Judge George Foley [Doc No. 44], the Memorandum, and hearing argument of counsel, and with good cause appearing therefor:

LV 420583396v1

**IT IS HEREBY ORDERED** that this Court confirms the recommendations of Magistrate Judge George Foley [Doc No. 44] and finds that Dale Keith Crawford shall be held in civil contempt of court for his failure to appear at his properly noticed subpoena deposition.

**IT IS FURTHER ORDERED** that the Plaintiffs' Memorandum for Attorneys' Fees and Costs is hereby GRANTED.

**IT IS FURTHER ORDERED** that the Court finds the request for attorneys' fees and costs to be reasonable and hereby grants the award for attorneys' fees and costs as a civil contempt sanction against Dale Keith Crawford in the amount of $11,015.25.

Dated:  December 7, 2015.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted by:

**GREENBERG TRAURIG, LLP**

/s/ Shauna L. Norton
LAURI S. THOMPSON (Nevada Bar No. 6846)
PETER H. AJEMIAN (Nevada Bar No. 9491)
SHAUNA L. NORTON (Nevada Bar No. 11320)
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada  89169
*Counsel for Plaintiffs*

LV 420583396v1

# CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2015, I served the foregoing **[PROPOSED] ORDER GRANTING MOTION FOR ATTORNEYS' FEES AND COSTS AND CONFIRMATION OF MAGISTRATE JUDGE'S FINDINGS** upon:

Dale Keith Crawford
8600 Scholar Lane, # 2060
Las Vegas, NV 89128

EZ Lease Property Management, LLC
c/o Dale Keith Crawford
8600 Scholar Lane, # 2060
Las Vegas, NV 89128
*Defendant*

by causing a full, true, and correct copy thereof to be sent by mailing in a sealed, first class postage-prepaid envelope, addressed to the last-known office address of the attorney, and deposited with the United States Postal Service in Las Vegas, Nevada.

  */s/Cynthia Ney*
An Employee of Greenberg Traurig, LLP

LV 420583396v1